IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_____ DIVISION

Steve J. Nemo
_____       )
_____       )
_____       )
_____       )
          Plaintiff              )
                                 )       2:05CV926-T
          v.                     )
                                 )
Titlemax, Inc.                   )
_____       )
_____       )
          Defendant(s)           )

## COMPLAINT

1.   Plaintiff resides at  1715 Co. Rd. 21 North  Prattville, AL. 36067

2.   Defendant(s)' name(s)  Titlemax, Inc.

     Location of principal office(s) of the named defendant(s)  US Title Pawn of Prattville, AL. 36067 - Titlemax, Inc, 24 Drayton Street Suite - 610 Savannah, GA. 31401

     Nature of defendant(s)' business  Title Pawn

     Approximate number of individuals employed by defendant(s)  200 plus.

3.   This action is brought pursuant to Title VII of the Civil Rights Act of 1964 for employment discrimination. Jurisdiction is specifically conferred on the Court by 42 U.S.C. § 2000e-5. Equitable and other relief are also sought under 42 U.S.C. § 2000e-5(g).

4.   The acts complained of in this suit concern:

     1.   ___ Failure to employ me.
     2.   ___ Termination of my employment.
     3.   ___ Failure to promote me.
     4.   ✓ Other acts as specified below: Demotion of Position - from Manager to Assistant Manager.

1

5. Plaintiff is:
   A. ___✓___ Presently employed by the defendant.
      _____ Not presently employed by the defendant. The dates of employment were
      _____N/A_____. Employment was terminated because:

      (1) _____ Plaintiff was discharged.
      (2) _____ Plaintiff was laid off.
      (3) _____ Plaintiff left job voluntarily.

6. Defendant(s)' conduct is discriminatory with respect to the following:

   A. ___✓___ My race.
   B. _____ My religion.
   C. _____ My sex.
   D. _____ My national origin.
   E. _____ Other, as specified below: _____
   _____
   _____

7. The name(s), race, sex, and the position or title of the individual(s) who allegedly discriminated against me during the period of my employment with the defendant company is (are) __Dave Deal, Michael Knight, David Cox, Jim Berry__
   _____
   _____

8. The alleged discrimination occurred on or about __September 7, 2004__.

9. The nature of my complaint, i.e., the manner in which the individual(s) named above discriminated against me in terms of the conditions of my employment, is as follows: ____

   __Please See Attachments__
   _____
   _____
   _____
   _____
   _____
   _____
   _____
   _____

10. The alleged illegal activity took place at __Please See Attachments__
    _____

11. I filed charges with the Equal Employment Opportunity Commission regarding defendant(s)' alleged discriminatory conduct on or about  September 14th, 2004 . I have attached a copy of the Notice-of-Right-to-Sue letter issued by the Equal Employment Opportunity Commission. This letter was received by me on  July 1, 2005 

12. I seek the following relief:

   A. ✓ Recovery of back pay.
   B. ___ Reinstatement to my former job,

   and any other relief as may be appropriate, including injunctive orders, damages, costs, and attorney's fees.

Date: 9/28/2005

Signature of Plaintiff
1715 Co. Rd. 21 North
Prattville, Alabama 36067
334-358-9131
Address & Telephone Number of Plaintiff

3

TO THIS MAY CONCERN:

    ON SEPTEMBER 7TH OF 2004 , I STEVE J. NEMO CHARGE TITLEMAX,INC, OF RACIAL DISCRIMINATION . I WAS DEMOTED WITH OUT JUST CAUSE OR DUE PROCESS, NO WARNING WRITTEN OR VERBAL EXCUSE WAS GIVEN, WAS THIS A REACTION BECAUSE I ASK FOR A RAISE OR WAS THIS BECAUSE I DID NOT SEND MY NUMBERS OFF BEFORE 6OCLOCK WHICH WAS NOT COMPANY POLICY. THE ANSWER I WAS GIVEN WAS FROM MY DISTRICT MANAGER MICHAEL KNIGHT THAT I NEEDED MORE TRAINING AND FROM MY REGIONAL MANAGER DAVE DEAL , WAS THAT HE JUST WANTED TO MAKE A CHANGE IN THIS OFFICE. MY REPLACEMENT WAS A WHITE MALE THAT THEY WERE PAYING MORE MONEY ,TOO DO THE SAME JOB WITH NO-BETTER RESULTS. I HAVE BEEN WITH THE COMPANY FOR FOUR YEARS, AND MY REPLACEMENT FOR THREE MONTHS , I WAS ALSO A MANAGER ON FAIRVIEW AVE IN MONTGOMERY BEFORE TAKING THE STORE IN PRATTVILLE NEVER HAD A COMPLAINT ABOUT MY JOB ABILITY. I HAD BEEN A MANAGER IN PRATTVILLE FOR ONE YEAR NEVER HAD A BAD AUDIT NEVER HAD A ASST. MANAGER, WHEN MY WHITE REPLACEMENT TOOK OVER THEY GAVE HIM ONE IN THREE WEEKS. WHEN EEOC INVESTIGATED THEY TOLD EEOC THAT I USED PROFANE LANGUAGE ON MY CUSTOMERS, I DID HAVE A COMPLAINT FROM A CUSTOMER, HER CAR HAD BEEN REPOED, NEEDLESS TO SAY SHE WAS UPSET, AND INVESTIGATION TOOK PLACE NOT BY MY DISTRICT MANAGER BUT BY MY REGIONAL MANAGER DAVE DEAL AND JIM BERRY WHOM WAS NO LONGER MY DISTRICT MANAGER., ALSO EEOC REQUESTED RECORDS , TITLEMAX REPLYED NO RECORDS FOUND ON STEVE NEMO. , ALSO THE QUESTION WAS ASK HOW MANY BLACK MANAGERS DID MICHAEL KNIGHT HAVE IN DISTRICT 23 AT THE TIME OF MY DEMOTION , THEY SENT INFORMATION FOR DISTRICT 5.    FOR ONE YEAR THEY WOULD NOT LET ME DO BUSINESS FOR US TITLE PAWN , RECENTLY THEY LET ME COME OVER AND BE THE ASST. MANAGER FOR JACK BOZEMAN WHOM USE D TO BE MY ASST. MANAGER FOR ABOUT THREE WEEKS. DAVE DEAL DOES WHAT HE WANTS AND WHEN YOU DON'T PLAY HIS GAME HE DEMOTES YOU. KEVIN GODWIN MY REPLACEMENT WAS A VERY GOOD FRIEND OF HIS., WHOM WHEN HIS NUMBERS WAS HIGH THEY JUST RELOCATED HIM., THERE WAS A CONSPIRACY FROM THE START THEY WERE TO REPLACE ME WITH GEORGE HARE FROM CLANTON, AL. BUT I SAW THE EMAIL LEFT UP IN MY OFFICE BY MISTAKE, WHEN I CONFRONTED MY DISTRICT MANAGER OF DISTRICT 5 JIM BERRY HE SAID HE DIDN'T KNOW WHAT I WAS TALKING ABOUT, SAID THERE WAS NO SUCH EMAIL. DAVID COX A MANAGER WITH TITLEMAX, OF PRATTVILLE SAID AN I QUOTE WHILE ON THE PHONE WITH JIM BERRY SAID THAT HE HOPE THAT BLACK SON- OF- BITCH FAILS , IM NOT GOING TO HELP THAT NIGGER., ALSO HE WOULD REFER CUSTOMERS TO ME THAT HE HAVE HAD BEFORE , THIS IS TITLEMAX POLICY , THE CUSTOMERS THAT HE REFERRED WOULD HAVE THE COMPLAINTS . HE TOLD THE CUSTOMERS THAT YOUR COMPLAINTS

WOULD GIVE THE COMPANY SOMETHING TO GET STEVE DEMOTED., THEY ALSO SAID THAT I WAS GOING INTO OTHER PEOPLE EMAILS , NOW IF I WAS THIS BAD OF AN EMPLOYEE WHY DID THEY NOT FIRE ME.

SINCERELY,

STEVE J. MIMO

**Jim Berry**

| | | |
|---|---|---|
| **From:** | Jim Berry | **Sent:** Thu 2/26/2004 1:56 PM |
| **To:** | TM4DAVE@aol.com | |
| **Cc:** | | |
| **Subject:** | RE: overstaff | |
| **Attachments:** | | |

Jermaine McCall.....Titlemax #2.........$28,000
Milton Wald............In training will assume Titlemax #3........$30,000
Steven Crawford.....Titlemax Wetumpka.......$26,000
George Hare...........In training will assume  U.S. Prattville.....$30,000

Thats all Boss.

..................................................................

-----Original Message-----
From: TM4DAVE@aol.com [mailto:TM4DAVE@aol.com]
Sent: Thu 2/26/2004 11:08 AM
To: michael knight; Darren Lewis; Sean Palmedo; Jim Berry; Macie Wagoner
Cc:
Subject: overstaff

PER THE LAST E-MAIL FROM TRACY CONCERNING
OVERSTAFF. I WANT EVERY DM TO GIVE ME A LIST
OF THEIR OVERSTAFF, AND HOW MUCH THEY ARE
MAKING.
THIS NEEDS TO BE DONE ASAP.
DAVE

