IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| STEVE J. NEMO, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:05CV926-T |
| | ) | [WO] |
| TITLEMAX, INC., a corporation, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER ON MOTION**

For good cause, it is

ORDERED that the plaintiff's Motion For Leave to Proceed In Forma Pauperis, filed on 28 September 2005 (Doc. # 2), is GRANTED.

The court wishes the plaintiff to understand *fully* the limited nature of his proceeding in this case as an indigent plaintiff. Although this status permits the plaintiff to *commence* this lawsuit without *prepayment* of fees and court costs, it does not permit the plaintiff to maintain the lawsuit without incurring any personal expenses.

The plaintiff should understand that he *may* incur expenses as a result of the prosecution of this case, and there is no provision for the court's payment of those expenses. For example, if the case goes to trial, the plaintiff may compel the attendance of witnesses through subpoena *only* by tendering to each witness payment of a one-day witness fee of $40, plus mileage. Additionally, court costs, in varying amounts, can be very substantial, and they are normally assessed against the losing party. This means that a plaintiff who loses a

case may be charged with, and obligated to pay, *all* court costs, even though the plaintiff is proceeding *in forma pauperis*. The plaintiff is also reminded that he must *purchase* copies of his deposition and that, if he schedules the deposition of others, he must pay the court reporter's appearance fee for each deposition, and for each copy of a deposition.

DONE THIS 13th day of October, 2005.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE