AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____ District of _____

Steve J. Nemo v. Titlemax, Inc.,

SUMMONS IN A CIVIL ACTION

CASE NUMBER: 2:05cv926

TO: (Name and address of Defendant)

Titlemax, Inc.,
24 Drayton Street
Suite 610
Savannah, GA. 31401

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Steve J. Nemo
1715 Co Rd 21 North
Prattville, Al. 36067

an answer to the complaint which is served on you with this summons, within **20** days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett                              10/13/05
CLERK                                          DATE

(By) DEPUTY CLERK