**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

T. Tilemaxe, Jnc.,
24 Drayton Street
Suite - 610
Savannah, GA. 31401

S&C 05-926

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _J. Richmond_  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

J. Richmond     10-17-05

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☐ Certified Mail ☐ Express Mail
   ☐ Registered ☑ Return Receipt for Merchandise
   ☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number
   (Transfer from service label)

7004 2510 0000 5754 6064

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540