RECEIVED

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

|  |  |
|---|---|
| STEVE J. NEMO | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No:2:05CV926-T |
| | ) |
| TITLEMAX, INC., | ) |
| | ) |
| | ) |
| Defendant. | ) |

### DEFENDANT'S MOTION FOR ADMISSION
### *PRO HAC VICE* OF JAMES R. MULROY, II

Defendant, Titlemax, Inc. respectfully requests that James R. Mulroy, II be admitted to practice before this Court on behalf of Defendants in the matter of *Steve J. Nemo v. Titlemax, Inc.* In support of this motion, Defendant respectfully represents as follows.

James R. Mulroy, II is an attorney at law and a partner in the law firm of Lewis Fisher Henderson Claxton & Mulroy, LLP, 6410 Poplar Avenue, Suite 300, Memphis, Tennessee 38119. Mr. Mulroy is admitted to practice before the following courts:

| Title of Court | Date of Admission |
|---|---|
| U.S.D.C. District of Arizona | 1990 |
| U.S.D.C. Eastern District of Arkansas | 2000 |
| U.S.D.C. Western District of Arkansas | 2000 |
| U.S.D.C. District of Colorado | 2000 |
| U.S.D.C. Northern District of Illinois | 1983 |
| U.S.D.C. Eastern District of Michigan | 1988 |
| U.S.D.C. Northern District of Mississippi | 2003 |
| U.S.D.C. Southern District of Mississippi | 2003 |
| U.S.D.C. Eastern District of Tennessee | 2001 |
| U.S.D.C. Middle District of Tennessee | 1987 |

| | |
|---|---|
| U.S.D.C. Western District of Tennessee | 1985 |
| U.S.D.C. Southern District of Texas | 2001 |
| U.S.D.C. Northern District of Texas | 2004 |
| Supreme Court of Tennessee | 1976 |
| Supreme Court of Illinois | 1981 |
| Supreme Court of Mississippi | 2003 |
| United States Supreme Court | 1996 |
| U.S. Court of Appeals for the District of Columbia | 1995 |
| U.S. Court of Appeals, Eighth | 1993 |
| U.S. Court of Appeals, Eleventh Circuit | 1998 |
| U.S. Court of Appeals, Fifth Circuit | 1997 |
| U.S. Court of Appeals, Fourth Circuit | 1990 |
| U.S. Court of Appeals, Sixth Circuit | 1987 |
| U.S. Court of Appeals, Third Circuit | 1994 |

Mr. Mulroy is a member in good standing of each court in which he has been admitted to practice law. A copy of a Certificate of Good Standing from the United States District Court for the Western District of Tennessee is attached hereto. Mr. Mulroy is not currently, nor has he ever been, suspended or disbarred from any of these courts.

Should this motion be granted, Mr. Mulroy will, in good faith, be bound and will, in all respects, abide by the rules and regulations of this Court as to any and all matters arising during or pertaining to the above-entitled cause, and will subject and submit himself to the full disciplinary powers of this Court.

WHEREFORE, Defendants respectfully move for admission before this Court of James R. Mulroy, II for the purpose of representing Defendants in this matter.

Respectfully submitted,

/s/James R. Mulroy, II
James R. Mulroy, II
jrmulroy@lfhc.com
Craig A. Cowart/No. ASB-3755-R72C
craigc@lfhc.com
LEWIS, FISHER, HENDERSON
CLAXTON & MULROY, LLP
6410 Poplar Avenue, Suite 300
Memphis, Tennessee 38119
(901) 767-6160

## CERTIFICATE OF SERVICE

I hereby certify that I have this _____ day of November, 2005, caused to be mailed, U.S. postage prepaid, a true and correct copy of the foregoing **DEFENDANTS' MOTION FOR ADMISSION *PRO HAC VICE* OF JAMES R. MULROY, II** to:

Steve J. Nemo
1715 County Road 21, North
Prattville, Alabama 36067

_____

## CERTIFICATE OF SERVICE

I hereby certify that I have this 10th day of November, 2005, caused to be mailed, U.S. postage prepaid, a true and correct copy of the foregoing **DEFENDANTS' MOTION FOR ADMISSION *PRO HAC VICE* OF KELLY S. GOOCH** to:

>Steve J. Nemo
>1715 County Road 21, North
>Prattville, Alabama 36067

>/s/Kelly S. Gooch

# CERTIFICATE OF GOOD STANDING

UNITED STATES OF AMERICA

} SS.

WESTERN DISTRICT OF TENNESSEE

I, THOMAS M. GOULD, Clerk of the United States for the Western District of Tennessee, Western Division,

DO HEREBY CERTIFY That **JAMES R. MULROY** Was duly admitted to practice in said Court on August 29, 1985 and is in good standing as a member of the bar of said Court.

Dated at Memphis, Tennessee                                      THOMAS M. GOULD
                                                                                        Clerk of Court

on November 8, 2005.

By *Christopher Sorrell*,
Deputy Clerk