RECEIVED

# IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

| | |
|---|---|
| STEVE J. NEMO ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No:2:05CV926-T |
| ) | |
| TITLEMAX, INC., ) | |
| ) | |
| Defendant. ) | |

## DEFENDANT'S MOTION FOR ADMISSION
## *PRO HAC VICE* OF KELLY S. GOOCH

Defendant, Titlemax, Inc. respectfully requests that Kelly S. Gooch be admitted to practice before this Court on behalf of Defendants in the matter of *Steve J. Nemo v. Titlemax, Inc.* In support of this motion, Defendant respectfully represents as follows.

Kelly S. Gooch is an attorney at law and a partner in the law firm of Lewis Fisher Henderson Claxton & Mulroy, LLP, 6410 Poplar Avenue, Suite 300, Memphis, Tennessee 38119. Ms. Gooch is admitted to practice before the following courts:

| Title of Court | Date of Admission |
|---|---|
| Tennessee Supreme Court | 1990 |
| U.S. District Court, Western District of Tennessee | 1992 |
| U.S. Court of Appeals, Sixth Circuit | 1993 |
| U.S. District Court, Central District of Illinois | 1996 |
| U.S. District Court, Northern District of Texas | 1998 |
| U.S. District Court, Eastern District of Texas | 2000 |
| U.S. District Court, Eastern District of Arkansas | 2003 |
| U.S. District Court, Western District of Arkansas | 2003 |
| U.S. Court of Appeals, Fifth Circuit | 2004 |
| U.S. District Court, Southern District of Texas | 2004 |
| U.S. District Court, Middle District of Tennessee | 2005 |

Ms. Gooch is a member in good standing of each court in which she has been admitted to practice law. A copy of a Certificate of Good Standing from the United States District Court for the Western District of Tennessee is attached hereto. Ms. Gooch is not currently, nor has she ever been, suspended or disbarred from any of these courts.

Should this motion be granted, Ms. Gooch will, in good faith, be bound and will, in all respects, abide by the rules and regulations of this Court as to any and all matters arising during or pertaining to the above-entitled cause, and will subject and submit herself to the full disciplinary powers of this Court.

WHEREFORE, Defendants respectfully move for admission before this Court of Kelly S. Gooch for the purpose of representing Defendants in this matter.

Respectfully submitted,

/s/Kelly S. Gooch
Kelly S. Gooch
kellyg@lfhc.com
Craig A. Cowart/No. ASB-3755-R72C
craigc@lfhc.com
LEWIS, FISHER, HENDERSON
CLAXTON & MULROY, LLP
6410 Poplar Avenue, Suite 300
Memphis, Tennessee 38119
(901) 767-6160

Respectfully submitted,

/s/James R. Mulroy, II
James R. Mulroy, II
jrmulroy@lfhc.com
Craig A. Cowart/No. ASB-3755-R72C
craigc@lfhc.com
LEWIS, FISHER, HENDERSON
CLAXTON & MULROY, LLP
6410 Poplar Avenue, Suite 300
Memphis, Tennessee 38119
(901) 767-6160

### CERTIFICATE OF SERVICE

I hereby certify that I have this 10th day of November, 2005, caused to be mailed, U.S. postage prepaid, a true and correct copy of the foregoing **DEFENDANTS' MOTION FOR ADMISSION *PRO HAC VICE* OF JAMES R. MULROY, II** to:

Steve J. Nemo
1715 County Road 21, North
Prattville, Alabama 36067

/s/James R. Mulroy, II

# CERTIFICATE OF GOOD STANDING

UNITED STATES OF AMERICA

} SS.

WESTERN DISTRICT OF TENNESSEE

    I, THOMAS M. GOULD, Clerk of the United States for the Western District of Tennessee, Western Division,

    DO HEREBY CERTIFY That **KELLY GOOCH** Was duly admitted to practice in said Court on April 22, 1992 and is in good standing as a member of the bar of said Court.

Dated at Memphis, Tennessee

on November 8, 2005.

THOMAS M. GOULD
Clerk of Court

By *Christopher Sowell*
Deputy Clerk