**IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | | |
|---|---|---|
| STEVE J. NEMO | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No:2:05CV926-T |
| | ) | |
| TITLEMAX, INC., | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to this Court's Order on Corporate Disclosure Statements and Fed. R. Civ. P. 7.1, the undersigned counsel for Defendant Titlemax of Alabama, Inc., certifies that there are no parents, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public. Defendant Titlemax of Alabama, Inc., is a wholly owned subsidiary of Titlemax Holdings, LLC, a Delaware Limited Liability Company.

Respectfully submitted,

LEWIS FISHER HENDERSON
& CLAXTON, LLP
6410 Poplar Avenue, Suite 300
Memphis, Tennessee 38119
Telephone (901) 767-6160
Facsimile (901) 767-7411

By:    /s/James R. Mulroy, II
       James R. Mulroy, II (TN Bar No. 000098)
       jrmulroy@lfhc.com

Kelly S. Gooch (TN Bar No. 14325)
kellyg@lfhc.com
Craig A. Cowart/No. ASB-3755-R72C
craigc@lfhc.com

**ATTORNEYS FOR DEFENDANT**

**CERTIFICATE OF SERVICE**

I hereby certify that I have this 18th day of November, 2005, caused to be placed in the United States Mail, postage prepaid, certified mail, a true and correct copy of the foregoing **DEFENDANT'S CORPORATE DISCLOSURE STATEMENT** to:

Steve J. Nemo
1715 County Road 21, North
Prattville, Alabama 36067

/s/James R. Mulroy, II