# IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| STEVE J. NEMO ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No:2:05CV926-T |
| ) | Bench Trial |
| TITLEMAX, INC., ) | |
| ) | |
| ) | |
| Defendant. ) | |

**DEFENDANT'S FEDERAL RULE OF CIVIL PROCEDURE 26(f) REPORT**

James R. Mulroy, II, attorney for Titlemax and Steven Nemo, pro se, met and conferred telephonically on November 18, 2005. At that time, it was agreed as follows:

1.   It was agreed that Federal Rule of Civil Procedure 26(a) disclosures would be exchanged by the parties on December 5, 2005.

2.   Discovery is needed on the liability allegations of Plaintiff's complaint and the alleged damages or equitable relief contained therein. It was agreed that Mr. Nemo's deposition would proceed on December 21, 2005 at 9:00 a.m. at a location to be noticed. Mr. Nemo is uncertain of what discovery he wishes to take but will contact counsel in the event he wishes to do so.

3.   The parties agreed that the limitations on discovery as contained in the Federal Rules of Civil Procedure should apply and that no special circumstances are presented by this case requiring modification of those rules.

4.   After reaching these agreements, a copy of this report was faxed to Mr. Nemo at the

fax number he provided. He failed to return the signature page and did not return calls thereafter. As a result, this report is being submitted solely by Defendant.

    5.    The following schedules dates are submitted by Defendant and proposed to the Court:

    (a)    To join parties: January 3, 2006;

    (b)(1)  To file initial motions to dismiss or judgment on the pleadings: January 10, 2006;

    (2)    To file other dispositive motions: February 21, 2006;

    (c)    To complete discovery: February 28, 2006;

    (d)    To make Rule 26(a) disclosures: December 5, 2005;

    (e)    Mr. Nemo's deposition is to be taken December 21, 2005;

    (f)    The case is to be tried as a bench trial on or after June 26, 2006.

Respectfully submitted jointly,

LEWIS FISHER HENDERSON
& CLAXTON, LLP
6410 Poplar Avenue, Suite 300
Memphis, Tennessee 38119
Telephone (901) 767-6160
Facsimile (901) 767-7411

By:    /s/James R. Mulroly, II
    James R. Mulroy, II (TN Bar No. 000098)
    jrmulroy@lfhc.com
    Kelly S. Gooch (TN Bar No. 14325)
    kellyg@lfhc.com
    Craig A. Cowart/No. ASB-3755-R72C
    craigc@lfhc.com

**ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

    I hereby certify that I have this 18th day of November, 2005, caused to be placed in the United States Mail, postage prepaid, certified mail, a true and correct copy of the foregoing **DEFENDANT'S FEDERAL RULE OF CIVIL PROCEDURE 26(f) REPORT** to:

> Steve J. Nemo
> 1715 County Road 21, North
> Prattville, Alabama 36067

    /s/James R. Mulroy, II