IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| STEVE J. NEMO, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:05cv926-T |
| | ) |
| TITLEMAX, INC.; | ) |
| | ) |
| Defendants. | ) |

## ORDER ON MOTION

Upon consideration of the Defendant's Motion for Admission Pro Hac Vice of James R. Mulroy, II (Doc. #9), filed on 10 November 2005, and it appearing that JAMES R. MULROY, II, is a member in good standing of the United States District Court for the Western District of Tennessee, it is

ORDERED that the motion be and the same is hereby GRANTED.

DONE this 21st day of November, 2005.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE