# MINUTES

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN, DIVISION
Montgomery, Alabama

HON. Vanzetta Penn McPherson

DATE COMMENCED: 11/29/05

DIGITAL RECORDING: 11:03 - 11:16

DATE COMPLETED: 11/29/05

Steve J. Nemo

vs

Titlemax, Inc.

2:05cv926-T

| PLAINTIFF | APPEARANCES: | DEFENDANT |
|---|---|---|
| Pro Se | | James R. Mulroy, II, by telephone (901)767-6160 |

## COURT OFFICIALS PRESENT:

Wanda A. Robinson, Courtroom Deputy

## PROCEEDINGS:

( ) JURY TRIAL
(x) OTHER PROCEEDINGS: Scheduling Conference

| Description | 2:05cv926-T: Steve Nemo vs. Titlemax, Inc.: Scheduling Conference | |
|---|---|---|
| Date | 11/29/2005 | Location | Courtroom 5A |

| Time | Speaker | Note |
|---|---|---|
| 11:03:50 AM | Court | Opens Hearing |
| 11:04:35 AM | Court | Court adopts interim dates; May be a need to extend date to 10/2/2006 for bench trial term |
| 11:05:46 AM | Court | Discusses the issues of the case ; No challenge of Jurisdiction |
| 11:06:32 AM | Court | Questions EEOC charges; Questions Plaintiff's employment |
| 11:07:15 AM | Plaintiff | Still works at Titlemax and answers questions regarding employment |
| 11:09:38 AM | Court | Within 30 days of issuance of an Order; plaintiff should file a backpay statement for period of 9/7/2004 to date of filing statement (2 computations-(l) what you would have made if had continued to be manager and what your replacement made as manager and the difference of the two; (2)- what you would have made as manager and what you actually made as assistant manager) Due 1/6/06; Defendant should provide information needed to make computations by 12/9/05 |
| 11:13:58 AM | Court | Are documents within the State |
| 11:14:22 AM | Defendant | Some documents are in South Carolina |
| 11:15:44 AM | Defendant | Mr. Nemo's 12/21/05 Deposition will be taken near Montgomery |
| 11:16:23 AM | | Court in Recess |