IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED

2006 JAN -6  P 4: 45

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT

| | |
|---|---|
| STEVE J. NEMO | ) |
| | ) |
| vs. | ) |
| | ) CIVIL ACTION NO. 2:05CV926-T |
| TITLEMAX, INC., a corporation, | ) |
| Defendant | ) |

## NOTICE OF APPEARANCE

Comes now the undersigned counsel and files their notice of appearance as retained counsel in the above styled case.

RESPECTFULLY SUBMITTED this the 6th day of January, 2005.

David W. Vickers (VIC004)
VICKERS & SMITH, P.L.L.C.
22 Scott Street, 2nd Floor
Montgomery, Alabama 36104
(334) 264-6466

## CERTIFICATE OF SERVICE

I hereby certify that I served a copy of the foregoing by hand delivery or by depositing a copy of the same in the United States mail, postage prepaid upon James R. Mulroy, II and Kelly S. Gooch, LEWIS, FISHER HENDERSON & CLAXTON, LLP 6410 Poplar Avenue, Suite 300, Memphis, Tennessee, 38119 on this the 6th day of January, 2005.

OF COUNSEL