IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2006 JAN -6  P 4: 45

| | |
|---|---|
| STEVE J. NEMO | ) |
| | ) |
| Vs. | ) |
| | ) CIVIL ACTION NO. 2:05CV926-T |
| TITLEMAX, INC., a corporation, | ) |
| Defendant | ) |

## PLAINTIFF"S REQUEST FOR EXTENSION OF TIME

**COMES NOW**, the Plaintiff, Steve Nemo, through undersigned counsel and respectfully requests this Honorable Court for an extension of time and as grounds states the following.

1. This Honorable Court issued an order on November 29th, 2005 and specifically asked the plaintiff to file, by January 6, 2006, with the Clerk of the court an itemization of his back pay entitlement as of that date.

2. This Honorable Court also stated in its order that the computation should be made by taking the difference between the plaintiff's pay as manager of the store and the actual wages paid to his replacement as manager and to the second replacement as manager.

3. The defense as of the date of this request, has not given the plaintiff the information of above said second replacement manager. Because the plaintiff lacks the proper information, it cannot give an accurate computation. Once the plaintiff has the proper information, then he will be in a position to come up with a definite monetary figure as this Honorable Court has ordered.

4. The Plaintiff in this case, who was originally going forward pro se, has recently retained the undersigned firm. The undersigned firm has had contact with the Defense

and will represent to this Court that it does not feel like attaining the needed information will take very long. A short extension will allow the Plaintiff to review the absent information and come up with the monetary figure that was requested.

5. Based on the above mentioned set of facts, the Plaintiff respectfully requests this Honorable Court to grant him an extension in relation to the November 29th, 2005 Order. If the Court so deems an extension proper, the Plaintiff will make efforts to correspond with the Defense and get the information that the Plaintiff is lacking. Once the Plaintiff has been provided the necessary information, he will give this Court the definite monetary figure, which has been ordered.

RESPECTFULLY SUBMITTED this the 6th day of January, 2005.

David W. Vickers (VIC004)
VICKERS & SMITH, P.L.L.C.
22 Scott Street, 2nd Floor
Montgomery, Alabama 36104
(334) 264-6466

## CERTIFICATE OF SERVICE

I hereby certify that I served a copy of the foregoing by hand delivery or by depositing a copy of the same in the United States mail, postage prepaid upon James R. Mulroy, II and Kelly S. Gooch, LEWIS, FISHER HENDERSON & CLAXTON, LLP 6410 Poplar Avenue, Suite 300, Memphis, Tennessee, 38119 on this the 6th day of January, 2005.

OF COUNSEL