IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| STEVE J. NEMO, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  Civil Action No: 2:05CV926-T |
| | ) |
| TITLEMAX, INC., | ) |
| | ) |
| | ) |
| Defendant. | ) |

**DEFENDANT'S RESPONSE TO PLAINTIFF'S
REQUEST FOR EXTENSION OF TIME**

Defendant does not oppose Plaintiff's request for an extension of time to respond. However, to clarify the record, Plaintiff's counsel contacted Defendant's counsel approximately one week before the Plaintiff's deposition scheduled for December 22, 2005 to cancel that deposition. At that time, Defendant's counsel advised Plaintiff's counsel to send him a letter or email with contact information and the records regarding the second alleged replacement employee would be expedited to him directly. Since a letter was anticipated, no contact information was requested in the telephone conversation and Defendant's counsel failed later to remember the name of counsel. A letter was not received by Defendant's counsel and an appearance by counsel was not filed by Plaintiff's counsel. As a result, the Plaintiff was ultimately asked who his lawyer was and the contact information and the remaining information was emailed to Plaintiff's counsel the morning of January 6, 2006 prior to this motion. Defendant's counsel believes

that now the information requested by Plaintiff to calculate the Plaintiff's damages is in Plaintiff's counsel's possession.

Again, in view of the recent appearance of counsel for Plaintiff, Defendant does not oppose an extension of time for Plaintiff to calculate his back pay.

Respectfully submitted,

LEWIS FISHER HENDERSON
CLAXTON & MULROY, LLP
6410 Poplar Avenue, Suite 300
Memphis, Tennessee 38119
Telephone (901) 767-6160
Facsimile (901) 767-7411

By:   /s/James R. Mulroy, II
James R. Mulroy, II (TN Bar No. 000098)
jrmulroy@lfhc.com
Kelly S. Gooch (TN Bar No. 14325)
kellyg@lfhc.com

**ATTORNEYS FOR DEFENDANT**

**CERTIFICATE OF SERVICE**

I hereby certify that I have this 9th day of January, 2006 caused to be forwarded via electronic mail a true and correct copy of the foregoing **DEFENDANT'S RESPONSE TO PLAINTIFF'S REQUEST FOR EXTENSION OF TIME** to:

David W. Vickers
Vickers & Smith, PLLC
22 Scott Street, 2nd Floor
Montgomery, Alabama 36104

/s/James R. Mulroy, II