IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| STEVE J. NEMO,           ) | |
|                           ) | |
|     Plaintiff,     ) | |
|                           ) | CIVIL ACTION NO. |
| v.                       ) | 2:05cv926-MHT |
|                           ) | |
| TITLEMAX, INC.,          ) | |
|                           ) | |
|     Defendant.     ) | |

ORDER

It is ORDERED that the request for extension of time (Doc. No. 20) is granted.

It is further ORDERED as follows:

(1) The referral order (Doc. No. 3) is vacated.

(2) The scheduling order (Doc. No. 18) is vacated.

DONE, this the 18th day of January, 2006.

                        /s/ Myron H. Thompson
                 UNITED STATES DISTRICT JUDGE