IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| STEVE J. NEMO | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO: |
| | ) 2:05-CV-00926-MHT-VPM |
| | ) |
| TITLEMAX, INC. | ) |
| | ) |
|     Defendant. | ) |

### NOTICE OF APPEARANCE

COMES NOW Maricia Woodham, M. Wayne Sabel and Mark Sabel and files their notice of appearance for the Plaintiff in the above-referenced case.

Respectfully submitted this 24th day of February, 2006.

                                              /s/ Maricia Woodham
                                              M. WAYNE SABEL *(SAB002)*
                                              MARK SABEL *(SAB004)*
                                              MARICIA WOODHAM, *(BEN050)*
                                              Attorneys for Plaintiff

OF COUNSEL:

**SABEL & SABEL, P.C.**
2800 Zelda Road
Suite 100-5
Montgomery, AL 36106
(334) 271-2770
(334) 277-2882 - fax

## CERTIFICATE OF SERVICE

      I do hereby certify that on the 24th day of February, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

James R. Mulroy, II, Esq.
Kelly S. Gooch, Esq.
Lewis, Fisher, Henderson & Claxton, LLP
6410 Poplar Avenue, Ste. 300
Memphis, TN 38119


                /s/Maricia Woodham
                Maricia Woodham