IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| STEVE J. NEMO | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO: |
| | ) 2:05-CV-00926-MHT-VPM |
| | ) |
| TITLEMAX, INC. | ) |
| | ) |
|     Defendant. | ) |

**PLAINTIFF'S REQUEST FOR EXTENSION OF TIME**
**TO FILE AMENDED PLEADINGS**

COMES NOW Plaintiff, Steve J. Nemo, by and through the undersigned counsel and respectfully moves the Court for a 14-day extension of time up to and including March 10, 2006, to file amended pleadings in the above-styled case. In support of this motion, counsel states as follows:

1. Plaintiff filed this action on September 28, 2005 pro se containing allegations of employment discrimination based on race pursuant to Title VII of the Civil Rights Act of 1964.

2. The primary focus and practice area of Plaintiff's previous counsel is criminal defense. Because of this, said counsel did not believe it was in Plaintiff's best interest to continue to represent him in this matter.

3. The undersigned counsel was retained by Plaintiff on February 23, 2006 to represent him in this matter.

4.	Currently, pursuant to the Court's January 18, 2006 Scheduling Order, the amended pleadings deadline is February 24, 2006.

5.	The undersigned had a mediation scheduled for February 24, 2006 and due to preparation for same, has been unable to review all of the documents and pleadings associated with this case.

6.	Counsel for Defendant has been advised of this request for an extension, and has no opposition to the motion.

7.	This request is not made for the purposes of delay.

Therefore, Plaintiff respectfully requests an additional 14 days to prepare and file amended pleadings in this matter.

Respectfully submitted this the 24th day of February, 2006.

/s/Maricia Woodham
MARICIA WOODHAM *(BEN050)*
One of the Attorneys for Plaintiff

OF COUNSEL:

**SABEL & SABEL, P.C.**
2800 Zelda Road
Suite 100-5
Montgomery, AL 36106
(334) 271-2770
(334) 277-2882 - fax

**CERTIFICATE OF SERVICE**

  I do hereby certify that on the 24th day of February, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

 James R. Mulroy, II, Esq.
 Kelly S. Gooch, Esq.
 Lewis, Fisher, Henderson & Claxton, LLP
 6410 Poplar Avenue, Ste. 300
 Memphis, TN 38119

             /s/ Maricia Woodham
             Maricia Woodham