IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2006 FEB 27 P 2: 05
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| STEVE J. NEMO | ) |
| vs. | ) |
| | ) CIVIL ACTION NO. 2:05CV926-T |
| TITLEMAX, INC., a corporation, | ) |
| Defendant | ) |

## MOTION TO WITHDRAW

Comes now the undersigned counsel and files this motion to withdraw and as grounds states as follows:

1. That the Plaintiff has retained the law firm of Sabel & Sabel, P. C. to represent him in the above case.

2. That the parties will not be prejudiced by substitution of legal counsel for the plaintiff.

WHEREFORE premises considered, the undersigned counsel respectfully requests that this Honorable Court grant his motion to withdraw.

RESPECTFULLY SUBMITTED this the 27th day of February, 2006.

David W. Vickers (VIC004)
VICKERS & SMITH, P.L.L.C.
22 Scott Street, 2nd Floor
Montgomery, Alabama 36104
(334) 264-6466

## CERTIFICATE OF SERVICE

I hereby certify that I served a copy of the foregoing by hand delivery or by depositing a copy of the same in the United States mail, postage prepaid upon James R. Mulroy, II and Kelly S. Gooch, LEWIS, FISHER HENDERSON & CLAXTON, LLP 6410 Poplar Avenue, Suite 300, Memphis, Tennessee, 38119 and Sabel & Sabel, P.C., 2800 Zelda Road, Montgomery, AL 36106 on this the 27th day of February, 2006.

_____
OF COUNSEL