IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **STEVE J. NEMO,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:05cv926-MHT |
| | ) | |
| **TITLEMAX, INC.,** | ) | |
| | ) | |
| Defendant. | ) | |

ORDER

It is ORDERED that the request for extension of time (Doc. No. 25) is granted.

DONE, this the 7th day of March, 2006.

                         /s/ Myron H. Thompson
                         **UNITED STATES DISTRICT JUDGE**