IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
STEVE J. NEMO,              )
                            )
    Plaintiff,              )
                            )
                            )       CIVIL ACTION NO.
    v.                      )         2:05cv926-MHT
                            )
TITLEMAX, INC.,             )
                            )
    Defendant.              )
```

### ORDER

It is ORDERED that the motion to withdraw (Doc. No. 26) is granted.

DONE, this the 7th day of March, 2006.

        /s/ Myron H. Thompson
        **UNITED STATES DISTRICT JUDGE**