IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| STEVE J. NEMO ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No:2:05CV926-T |
| ) | |
| TITLEMAX d/b/a U.S. TITLE ) | |
| PAWN, INC., ) | |
| ) | |
| ) | |
| Defendant. ) | |

**DEFENDANT'S UNOPPOSED MOTION FOR AN
EXTENSION OF TIME TO SERVE ITS RESPONSE TO
PLAINTIFF'S AMENDED COMPLAINT**

COMES NOW Defendant, TitleMax of Alabama, Inc., incorrectly named in Plaintiff's Amended Complaint as TitleMax d/b/a U.S. Title Pawn, Inc., by and through the undersigned counsel, and respectfully moves the Court for a 10-day extension of time, up to and including April 3, 2006, within which to serve its response to Plaintiff's Amended Complaint. In support of this motion, Defendant states as follows:

1. Plaintiff filed his original Complaint in this action on September 28, 2005 *pro se*.

2. After being served with Plaintiff's original Complaint, Defendant served its Answer to the original Complaint on November 7, 2005.

3. Plaintiff's current counsel filed a Notice of Appearance in this case on February 24, 2006.

4.      Upon entering their appearance, Plaintiff's counsel sought and received from the Court an extension of time up to and including March 10, 2006 within which to file an Amended Complaint.

5.      On March 10, 2006, Plaintiff filed and served an Amended Complaint, which contains over eighty (80) more paragraphs and five (5) more causes of action than those contained in Plaintiff's original Complaint.

6.      Under Fed. R. Civ. P. 15(a), Defendant's response to Plaintiff's Amended Complaint is due to be served on March 24, 2006.

7.      Defendant respectfully submits that it needs additional time to investigate the additional factual allegations and causes of action set forth in Plaintiff's Amended Complaint and to respond to same.

8.      Counsel for Defendant has consulted with Plaintiff's counsel regarding this request for an extension of time. Plaintiff's counsel has indicated that he has no opposition to the motion.

9.      This request is not made for the purpose of delay.

Therefore, Defendant respectfully requests an additional ten (10) days, up to and including April 3, 2006, within which to prepare and serve a response to Plaintiff's Amended Complaint.

Respectfully submitted this the 21st day of March, 2006.

        Respectfully submitted,

        LEWIS FISHER HENDERSON
        CLAXTON & MULROY, LLP
        6410 Poplar Avenue, Suite 300
        Memphis, Tennessee 38119
        Telephone (901) 767-6160
        Facsimile (901) 767-7411


By:   /s/ James R. Mulroy, II
      James R. Mulroy, II (TN Bar No. 000098)
      jrmulroy@lfhc.com
      Kelly S. Gooch (TN Bar No. 14325)
      kellyg@lfhc.com

**ATTORNEYS FOR DEFENDANT**


**CERTIFICATE OF SERVICE**

I hereby certify that I have this 21st day of March, 2006, electronically filed the foregoing **DEFENDANT'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO SERVE ITS RESPONSE TO PLAINTIFF'S AMENDED COMPLAINT** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

    M. Wayne Sabel, Esq.
    Mark Sabel, Esq.
    Maricia Woodham, Esq.
    Sabel & Sabel, PC
    2800 Zelda Road, Suite 100-5
    Montgomery, Alabama 36106


        /s/ James R. Mulroy, II