IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| STEVE J. NEMO,           )<br>                          )<br>    Plaintiff,          )<br>                          )       CIVIL ACTION NO.<br>    v.                    )       2:05cv926-MHT<br>                          )<br>TITLEMAX, INC.,           )<br>                          )<br>    Defendant.            ) | |

ORDER

It is ORDERED that the motion for an extension of time (Doc. No. 30) is granted.

DONE, this the 23rd day of March, 2006.


                                            /s/ Myron H. Thompson    
                                  UNITED STATES DISTRICT JUDGE