IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| STEVE J. NEMO<br><br>Plaintiff,<br><br>v.<br><br>TITLEMAX, INC.,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No:2:05CV926-T |

## DECLARATION OF DAVE DEAL

I, Dave Deal, declare and state as follows:

1. I am a competent adult with personal knowledge of the matters set forth herein.

2. I am currently employed by TitleMax of Alabama, Inc. ("TitleMax") as a Regional Manager. TitleMax is an Alabama corporation that is engaged in the title pawn business. I have been employed as a Regional Manager since February 2003.

3. In September 2003, I was Regional Manager with responsibility for Districts 5, 8, 9 20 and 23. Steve Nemo was employed as an Assistant Manager in District 5 at this time.

4. On September 23, 2003, Steve Nemo was promoted to Store Manager of the Fairview store in Montgomery, Alabama, and his base salary was placed at $26,001 annually, which was an amount that the Company deemed to be commensurate with his qualifications. District Manager Jim Berry advised Nemo of the promotion after consulting with me and receiving my approval for the promotion.

5. Attached hereto collectively as Exhibit A are spreadsheets which set forth the starting



salaries and then current salaries of the managers employed in Districts 5 and 9 at certain times during 2003. The documents were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters; were kept in the course of TitleMax's regularly conducted business activity; and were made by the regularly conducted business activity as a regular practice.

6. As confirmed by the documents attached hereto as Exhibit A. The following Caucasian employees received the same starting salary as Store Managers that Steve Nemo received when he was promoted to Store Manager: Jackey Medley, Jack Bozeman, Michael Fraebel, Burney Atcher, Leon Clark, James Jaynes.

7. Likewise, several African American managers received a higher starting salary than Nemo received when he was promoted to Store Manager. For example, Henry Easley, an African American manager who was employed in District 5, earned a starting salary of $30,000 a year.(*See* Exhibit A hereto).

8. Wanda Asberry, an African American employee, also had a higher starting salary as Store Manager than Mr. Nemo. (*See* Exhibit A hereto). I, ultimately, promoted Ms. Asberry to District Manager.

9. Jermaine McCall, an African American Store Manager, also had a higher starting salary than Mr. Nemo. (*See* Exhibit A hereto).

10. Hillard Williams, an African American Store Manager, started as a Store Manager at a salary of $30,000 annually. (*See* Exhibit A hereto).

11. During the time that he served as a Store Manager, Mr. Nemo was not assigned an Assistant Manager at his store because Title Max's stores typically are not assigned an Assistant

Manager until the store's receivables exceed approximately $120,000[1], and the highest amount of receivables that Plaintiff accrued was $107,000.

12. Although Mr. Nemo was not assigned an Assistant Manager, he was provided with help. Most mornings an Assistant Manager from another store would go to Mr. Nemo's store to do the daily deposits. While the Assistant Manager was there, he was available to Plaintiff if Plaintiff needed any help chasing down accounts for that day. I instructed Mr. Nemo to call the other Prattville store if he needed any help at any time, and, if that didn't work, to call Michael Knight, who would get him help. Mr. Nemo rarely called for help.

13. After Mr. Nemo's promotion, the Company restructured several districts in January 2004 and Jim Berry, Mr. Nemo's District Manager, was assigned to another district. At this time, Michael Knight became Mr. Nemo's District Manager.

14. During the period of time that Mr. Nemo was a Store Manager, there was never a month that a store he managed was profitable. Attached hereto collectively as Exhibit B are store performance reports which reflect that the store Mr. Nemo managed was not profitable in June, July, and August of 2004. The documents attached hereto as Exhibit B were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters; were kept in the course of TitleMax's regularly conducted business activity; and were made by the regularly conducted business activity as a regular practice.

15. Mr. Nemo was demoted from Store Manager to Assistant Manager on September 7, 2004.

---

[1] The assignment of an Assistant Manager can also be impacted by lack of available employees to assign to a position and unexpected events affecting the Company's ability to staff a store properly.

16. I made the decision to demote Mr. Nemo to receive more training because his store had a high number of past due accounts, his store had an extremely high "charge off" the prior month, his store was not making the profit that the Company expected, he was not field chasing accounts properly, the Company had received numerous customer complaints about Mr. Nemo, and Mr. Nemo's overall operation of the store was poor.

17. It was my normal practice to demote certain Store Managers who were not performing adequately to Assistant Manager to enable them to receive additional training. In most instances, the Assistant Managers were then promoted back to Store Manager after a short period of time following this additional training. I have demoted both Caucasian and African American Store Managers in this fashion, including, but not limited to, Phillip Skewes (Caucasian), Ashley Griffin (Caucasian), and Mr. Nemo.

18. Neither Jim Berry nor David Cox were involved in any way in the decision to demote Mr. Nemo.

19. At the time of Mr. Nemo's demotion, his past due accounts from 1-30 days for the three previous months were constantly highest in the district. This was happening because Mr. Nemo was not properly collecting his accounts. Because of the high 1-30 past due accounts in June, July 2004, Mr. Nemo's charge off was extremely high in the month of August (6.0%). The charge off is a major factor in determining profit. The Company standard for charge off is below 2.0%.

20. When the District Manager was doing store audits, he would constantly question Mr. Nemo about these past due accounts. Mr. Nemo was not able to give convincing answers.

21. A store similar to Mr. Nemo's store in the district is the American Pelham store. For the same 3 month period, the American Pelham Store Manager ran his 1-30 days past due accounts

within the district average. Likewise, the American Pelham charge off was within Company standards.

22. The American Pelham store at the end of August 2004 had $98,000 in receivables. The store did not have an Assistant Manager. The Store Manager was able to maintain his numbers by asking for help from the surrounding store. If he was not able to get help, he called Michael Knight his District Manager, and help was provided. The American Pelham store received an Assistant Manager when the store exceeded $120,000 in receivables.

23. If Mr. Nemo had asked for help, he would have received it. If he had performed his management duties properly, his 1-30 past due accounts would not have gotten out of control, which in turn would have controlled his charge off, which in turn would have helped the store profit.

24. The American Pelham store for the month of August 2004 profited $2159.00. The US Prattville profit (Mr. Nemo's store) was a negative (-2627). This is a result of a Store Manager not running his store properly.

25. After the demotion, Mr. Nemo's base salary was retained at $26,001 annually, but he lost initially the $200 monthly insurance reimbursement, which was later restored after Plaintiff reached one year of service with the Company service in accordance with Company policy, and the $40 phone service reimbursement. Although Mr. Nemo lost the $40 phone service reimbursement, following his demotion he was no longer required to use a cell phone for Company business.

26. TitleMax has a policy in place which states that discrimination or harassment will not be tolerated by the Company, and that sets forth a procedure for employees to complain directly to TitleMax's Chief Executive Officer, Tracy Young, if they feel they have been discriminated against or harassed.

FURTHER, the Declarant saith not.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 5/23/06

Dave Deal

District # 5
David Deal

Payperiod: 01/01/03

| District | Store | Employee Name | Title: | Status | Start Date | Terminated Date | Starting Salary | Annual Current Sal. | Hrs | Semi Monthly Salary | Guaranteed Bonus | Bonus | Child Spt/Garnishment | Ins. Reimb | Total Pay | Paid Time Off Accrued Days | Paid Time Off Days Used | Paid Time Off Days Available |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5 | DOTHN | Larry Tyson | Manager | 1 | 02/11/02 | | | 26,000.00 | | 1,083.38 | | | - | | 1,083.38 | 10 | 8 | 2 |
| 5 | DOTHN | Linda Riley | Manager | 1 | 06/17/02 | | 30,000.00 | 30,000.00 | | 1,250.00 | | | | 150.00 | 1,400.00 | 6 | 2 | 4 |
| 5 | DOTHN | Donita Blackmon | Asst | 1 | 10/01/02 | | 20,800.00 | 20,800.00 | | 866.67 | | | | | 866.67 | 2 | 0 | 2 |
| | | | | | | | | | | | | | | | | | | |
| 5 | DOTUS | Tommy Brooks | Manager | 1 | 02/01/02 | | | 28,000.00 | | 1,166.67 | | | - | 150.00 | 1,316.67 | 10 | 7 | 3 |
| 5 | DOTUS | Fred D Mitchell | Assitant | 1 | 10/10/01 | | | 22,880.00 | | 953.37 | | | - | | 953.37 | 12 | 9 | 3 |
| | | | | | | | | | | | | | | | | | | |
| 5 | ENTER | Ken Greathouse | Manager | 1 | 11/20/00 | | 30,000.00 | 30,000.00 | | 1,250.00 | | | | 150.00 | 1,400.00 | 11 | 5 | 6 |
| 5 | ENTER | Adrian E Cason | Os Manager | 1 | 02/04/02 | | 26,000.00 | 26,000.00 | | 1,083.33 | | | - | | 1,083.33 | 12 | 10 | 2 |
| | | | | | | | | | | | | | | | | | | |
| 5 | MONG1 | Jackey A Medley | Manager | 1 | 02/07/01 | | 26,000.00 | 30,000.00 | | 1,250.00 | | | - | 150.00 | 1,400.00 | 12 | 9 | 3 |
| 5 | MONG1 | David Cox | Os Manager | 1 | 11/20/02 | | 28,000.00 | 28,000.00 | | 1,166.67 | | | | | 1,166.67 | 0 | 0 | 0 |
| | | | | | | | | | | | | | | | | | | |
| 5 | MONG2 | Wanda Y Asberry | Manager | 1 | 08/30/01 | | 28,000.00 | 28,000.00 | | 1,166.67 | | | - | 137.40 | 1,304.07 | 12 | 8 | 4 |
| 5 | MONG2 | Anthony Hester | Asst | 1 | 08/08/02 | | 16,800.00 | 20,800.00 | | 866.67 | | | | | 866.67 | 4 | 0 | 4 |
| 5 | MONG2 | Eddie Hoskin | Asst | 1 | 12/03/02 | | 20,800.00 | 20,800.00 | | 866.67 | | | | | 866.67 | 0 | 0 | 0 |
| | | | | | | | | | | | | | | | | | | |
| 5 | MONG3 | Shane Cahalan | OS | 1 | 07/15/02 | | 30,000.00 | 30,000.00 | | 1,250.00 | | | | 150.00 | 1,400.00 | 5 | 0 | 5 |
| | | | | | | | | | | | | | | | | | | |
| 5 | MONTU | Dan Taylor | Manager | 1 | 06/15/01 | | 26,000.00 | 28,000.00 | | 1,166.67 | | | - | | 1,166.67 | 6 | 3 | 3 |
| 5 | MONTU | Steve Nemo | Assitant | 1 | 01/18/02 | | 20,800.00 | 22,000.08 | | 916.67 | | | 225.50 | | 916.67 | 11 | 7 | 4 |
| | | | | | | | | | | | | | | | | | | |
| 5 | PRATV | Jack Bozeman Jr | Assitant | 1 | 05/07/01 | | 20,800.00 | 20,800.00 | | 866.67 | regular child support | | 117.50 | | 866.67 | 11 | 5 | 6 |
| 5 | PRATV | Michael W Knight | Manager | 1 | 11/14/01 | | 26,000.00 | 28,000.00 | | 1,166.67 | | | - | 150.00 | 1,316.67 | 11 | 5 | 6 |
| | | | | | | | | | | | | | | | | | | |
| 5 | SELMA | Michael Myatt | Assitant | 1 | 02/01/02 | | 20,800.00 | 22,000.08 | | 916.67 | | | - | | 916.67 | 9 | 2 | 7 |
| 5 | SELMA | Henry D Easley | Manager | 1 | 04/22/02 | | 30,000.00 | 30,000.00 | | 1,250.00 | | | 227.50 | 150.00 | 1,400.00 | 7 | 0 | 7 |
| | | | | | | | | | | | | | | | | | | |
| 3 | OPELI | Timothy W McLough | Manager | 1 | 08/07/02 | | 24,000.00 | 26,000.00 | | 1,083.33 | | | | | 1,083.33 | 3 | 0 | 3 |
| 5 | OPELI | Meatha W Garner | Manager | 1 | 04/30/01 | | 26,000.00 | 26,000.00 | | 1,083.33 | | | - | | 1,083.33 | 6 | 5 | 1 |
| 5 | OPELI | John D Smith | Asst | 1 | 09/24/02 | | 21,840.00 | 21,840.00 | | 910.00 | | | | | 910.00 | 1 | 0 | 1 |
| | | | | | | | | | | | | | | | | | | |
| 5 | OPELU | Michael J Fraebel | Manager | 1 | 04/03/02 | | 20,800.00 | 26,000.00 | | 1,083.33 | | | - | | 1,083.33 | 7 | 1 | 6 |
| 5 | OPELU | Gayle W McCrary | Assitant | 1 | 06/11/01 | | 20,800.00 | 22,000.08 | | 916.67 | | | - | | 916.67 | 11 | 7 | 4 |
| 5 | OPELU | David E Brown | Assitant | 1 | 04/28/01 | | 22,880.00 | 22,880.00 | | 953.33 | | | - | | 953.33 | 11 | 7 | 4 |
| | | | | | | | | | - | | - | | - | | | - | - | - |

Approved By: ______________________

EXHIBIT
A
tabbies

District # 5
James Berry

Payperiod: 09/01/03

| Check Code | Store | Employee Name | Title: | Status | Start Date | Comments | Starting Salary | Annual Current Sal. | 401K employee | Semi Monthly Salary | Guaranteed Bonus | Bonus | Child Spt/Garnishment | Ins. Reimb | Paid Time Off Accrued Days | Paid Time Off Days Used | Paid Time Off Days Available |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ALMO1 | MONG1 | Jackey A Medley | Manager | 1 | 02/07/01 | | 26,000.00 | 30,000.00 | | 1,250.00 | | | - | 150.00 | 6 | 3 | 3 |
| ALMO1 | MONG1 | Hillard Williams | Os mgr | 1 | 05/12/03 | | 30,000.00 | 30,000.00 | | 1,250.00 | | | | | 3 | 0 | 3 |
| ALMO1 | MONG1* | Teresa McCall | Asst | 1 | 07/07/03 | | 20,800.00 | 20,800.00 | | 866.67 | | | | | 1 | 0 | 1 |
| ALMO2 | MONG2 | Steven Crawford | Os mgr | 1 | 05/05/03 | | 26,000.00 | 26,000.00 | | 1,083.33 | | | | | 3 | 0 | 3 |
| ALMO2 | MONG2 | Wanda Y Asberry | Manager | 1 | 08/30/01 | | 28,000.00 | 30,000.00 | 20.00 | 1,250.00 | | | - | 140.17 | 5 | 0 | 5 |
| ALMO2 | MONG2 | Jermaine McCall | Os mgr | 1 | 07/01/03 | | 28,000.00 | 28,000.00 | | 1,166.67 | | | | | 1 | 0 | 1 |
| ALMO1 | MONTG3 * | Eddie Hoskin | Manager | 1 | 12/03/02 | deduct child spt | 20,800.00 | 28,000.00 | | 1,166.67 | | | 100.00 | | 8 | 5 | 3 |
| ALMON | MONTU | Shane Cahalan | Manager | 1 | 07/15/02 | | 30,000.00 | 30,000.00 | | 1,250.00 | | | | 150.00 | 12 | 5 | 7 |
| ALMO1 | MONGUS2 | Dan Taylor | Manager | 1 | 06/15/01 | | 26,000.00 | 28,000.00 | | 1,166.67 | | | - | | 14 | 13 | 1 |
| ALMGT | MONGUS3 | Steve Nemo | Assitant | 1 | 01/18/02 | | 20,800.00 | 22,000.08 | | 916.67 | | | 225.50 | | 18 | 17 | 1 |
| ALPRA | PRATV | David Cox | Manager | 1 | 11/20/02 | | 28,000.00 | 28,000.00 | | 1,166.67 | | | | 150.00 | 8 | 0 | 8 |
| ALPRA | PRATV | Jack Bozeman Jr | Assitant | 1 | 05/07/01 | | 20,800.00 | 22,880.00 | no | 953.33 | | | 117.50 | | 18 | 9 | 2 |
| ALSEL | SELMA | Michael Myatt | Assitant | 1 | 02/01/02 | | 20,800.00 | 22,880.00 | 18.42 | 953.33 | 150.00 | | - | | 16 | 14 | 2 |
| ALSE | SELMA | Henry D Easley | Manager | 1 | 04/22/02 | | 30,000.00 | 30,000.00 | | 1,250.00 | | | 227.50 | 150.00 | 14 | 10 | 4 |
| ALWEMP | Wetumpka | Steven Cahalan | Mgr | 1 | 12/21/02 | | 30,000.00 | 30,000.00 | | 1,250.00 | 400.00 | | | 150.00 | 7 | 5 | 2 |
| | | | | | | | | | | | - | | - | | - | - | - |

Approved By: ______________________

District # 5
James Berry

Payperiod: **09/15/03**

| Check Code | Store | Employee Name | Title: | Status | Start Date | Comments | Starting Salary | Annual Current Sal. | 401K employee | Semi Monthly Salary | Guaranteed Bonus | Bonus | Child Spt/Garnishment | Ins. Reimb | Paid Time Off Accrued Days | Paid Time Off Days Used | Paid Time Off Days Available | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ALMO1 | MONG1 | Jackey A Medley | Manager | 1 | 02/07/01 | | 26,000.00 | 30,000.00 | | 1,250.00 | | **2,505.39** | - | 150.00 | 7 | 3 | 4 | |
| ALMO1 | MONG1 | Hillard Williams | Os mgr | 1 | 05/12/03 | | 30,000.00 | 30,000.00 | | 1,250.00 | | | | | 4 | 0 | 4 | |
| ALMO2 | MONG2 | Steven Crawford | Os mgr | 1 | 05/05/03 | | 26,000.00 | 26,000.00 | | 1,083.33 | | | | | 4 | 0 | 4 | |
| ALMO2 | MONG2 | Wanda Y Asberry | Manager | 1 | 08/30/01 | | 28,000.00 | 30,000.00 | 20.00 | 1,250.00 | | **1,267.82** | - | 140.17 | 6 | 1 | 5 | 1 DAY |
| ALMO2 | MONG2 | Jermaine McCall | Os mgr | 1 | 07/01/03 | | 28,000.00 | 28,000.00 | | 1,166.67 | | | | | 2 | 0 | 2 | |
| ALMO1 | MONTG3 * | Eddie Hoskin | Manager | 1 | 12/03/02 | deduct child spt | 20,800.00 | 28,000.00 | | 1,166.67 | | | 100.00 | | 8 | 4 | 4 | |
| ALMON | MONTU | Shane Cahalan | Manager | 1 | 07/15/02 | | 30,000.00 | 30,000.00 | | 1,250.00 | | **532.65** | | 150.00 | 8 | 0 | 8 | |
| **ALMON** | **MONTU** | **Teresa McCall** | **Asst** | **1** | **07/07/03** | **MOVE FROM MONGT1** | **20,800.00** | **20,800.00** | | **866.67** | | | | | 2 | 0 | 2 | |
| ALMO1 | MONGUS2 | Dan Taylor | Manager | 1 | 06/15/01 | | 26,000.00 | 28,000.00 | | 1,166.67 | | | - | | 8 | 6 | 2 | |
| **ALMGT** | **MONGUS3** | **Steve Nemo** | **Manager** | **1** | **01/18/02** | **raise to 26000** | **20,800.00** | **26,000.00** | | **1,083.33** | | | **225.50** | **200.00** | **8** | **6** | **2** | |
| ALPRA | PRATV | David Cox | Manager | 1 | 11/20/02 | | 28,000.00 | 28,000.00 | | 1,166.67 | | **704.27** | | 150.00 | 8 | 0 | 8 | |
| ALPRA | PRATV | Jack Bozeman Jr | Assitant | 1 | 05/07/01 | | 20,800.00 | 22,880.00 | no | 953.33 | | | 117.50 | | 8 | 5 | 3 | |
| ALSEL | SELMA | Michael Myatt | Assitant | 1 | 02/01/02 | | 20,800.00 | 22,880.00 | 18.42 | 953.33 | | **150.00** | - | | 8 | 5 | 3 | |
| ALSE | SELMA | Henry D Easley | Manager | 1 | 04/22/02 | | 30,000.00 | 30,000.00 | | 1,250.00 | | **1,046.79** | **227.50** | 150.00 | 8 | 3 | 5 | |
| ALWEMP | Wetumpka | Steven Cahalan | Mgr | 1 | 12/21/02 | | 30,000.00 | 30,000.00 | | 1,250.00 | **400.00** | | | 150.00 | 8 | 8 | 0 | 3 DAYS |
| | | | | | | | | | | | - | | - | | | - | - | |

Approved By: ____________________

District # 9
Macie

Payperiod: 12/15/03

| District | Store | Employee Name | Title: | Status | Start Date | Comments | Starting Salary | Annual Current Sal. | 401K employee | Semi Monthly Salary | Guaranteed Bonus | Bonus | Child Support | Ins. Reimb | Total Pay | Paid Time Off Accrued Days | Paid Time Off Days Used | Paid Time Off Days Available |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| GAGAD | GEDAD | James B Wade | Manager | 1 | 10/14/02 | | 20,800.00 | 28,000.00 | | 1,166.67 | | 1,595.69 | 227.64 1ST 266.36 15TH | | 1166.67 | 13 | 6 | 7 |
| GAGAD | GEDAD | Kelly Gault | OS Mgr | 1 | 05/15/03 | | 20,800.00 | 26,000.00 | | 1,083.33 | | | | | 1083.33 | 7 | 5 | 2 |
| GAGAD | GEDAD | Jason Rigsby | Asst | 1 | 10/23/03 | 8 hours holiday pay | 22,880.00 | 22,880.00 | | 953.33 | | 150.00 | | | 953.33 | 1 | 0 | 1 |
| ALOXF | Oxford | Burney Arhters | Manager | [illegible] | 01/20/03 | | 20,800.00 | 26,000.00 | | 1,083.33 | | 599.73 | | | 1083.33 | 9 | 2 | 7 |
| ALOXF | Oxford | Valorey Bradburry | Asst | 1 | 08/14/03 | 8 hours holiday pay | 20,800.00 | 20,800.00 | | 866.67 | | 150.00 | | | 866.67 | 4 | 0 | 4 |
| ALMGT | Annus | Leon Clark | Manager | 1 | 03/24/03 | | 20,800.00 | 26,000.00 | | 1,083.33 | | | | 200.00 | 1083.33 | 8 | 1 | 7 |
| ALMGT | ANN US 2 | James Jaynes | Mgr | 1 | 03/31/03 | | 20,800.00 | 26,000.00 | | 1,083.33 | | | | | 1083.33 | 8 | 0 | 8 |
| ALMGT | ANN US 2 | Henry Austin | Asst | 1 | 10/15/03 | 8 hours holiday pay | 20,800.00 | 20,800.00 | | 866.67 | | | | | 866.67 | 2 | 0 | 2 |
| ALANN | ANNIS | Shannon Bloodsworth | Os mgr | 1 | 10/21/03 | | 30,000.00 | 30,000.00 | | 1,250.00 | | | | | 1250 | 2 | 0 | 2 |
| ALANN | ANNIS | Michael Sheppard | Asst | 1 | 05/15/03 | 8 hours holiday pay | 20,800.00 | 20,800.00 | | 866.67 | | 150.00 | | | 866.67 | 6 | 3 | 3 |
| ALANN | ANNIS | Sterling Sparks | Manager | 1 | 10/01/01 | | 20,800.00 | 30,000.00 | 50.00 | 1,250.00 | | 1,745.84 | | 123.00 | 1,289.67 | 21 | 13 | 8 |
| | | | | | | | | | | | - | | | | | - | - | - |

| | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 83.2 | 0 | 821 | 11.5 | 80.8 | 7.7 | 14.5 | 21,340 | 35.4 | 4,365 | 7.2 | 65,728 | 19,418 | 41.9 | 4.7 | 1 | 0 | 0 | 0 | 0 | 11,038 | 8,310 | 13.8 | -2,728 | -4.2 |
| Manager: | | | | Months Open: | | 4 | | | | | | | | | | | | | | | | | | |
| TITLEBUCKS OF PRATTVILLE #1 | | | | | | | | | | | | | | | | | | | | | | | | |
| 111.4 | 0 | 519 | 2.9 | 71.4 | 25.7 | 16.6 | 18,151 | 22.7 | 4,589 | 5.7 | 85,700 | 15,551 | 22.2 | 6.5 | 0.9 | 0 | 0 | 0 | 0 | 13,320 | 10,853 | 13.6 | -2,467 | -2.5 |
| Manager: | | | | Months Open: | | 7 | | | | | | | | | | | | | | | | | | |
| TITLEMAX OF ALABASTER #1 | | | | | | | | | | | | | | | | | | | | | | | | |
| 85.5 | 0 | 1,047 | 17.4 | 82.6 | 0 | 11.2 | 24,075 | 20.3 | 9,501 | 8 | 126,068 | 15,027 | 13.5 | 5.6 | 2.6 | 0 | 0 | 0 | 0 | 11,737 | 11,473 | 9.7 | -265 | -0.2 |
| Manager: | | | | Months Open: | | 7 | | | | | | | | | | | | | | | | | | |
| TITLEMAX OF GREEN SPRINGS HIGHWAY | | | | | | | | | | | | | | | | | | | | | | | | |
| 104.5 | 0 | 896 | 17 | 74.5 | 4.3 | 11.3 | 84,261 | 10.7 | 50,780 | 6.4 | 803,225 | 36,836 | 4.8 | 6.3 | 1.2 | 0 | 0 | 0 | 0 | 23,574 | 81,521 | 10.3 | 57,948 | 7.2 |
| Manager: | | | | Months Open: | | 7 | | | | | | | | | | | | | | | | | | |
| TITLEMAX OF HOOVER #1 | | | | | | | | | | | | | | | | | | | | | | | | |
| 87.5 | 0 | 934 | 20 | 75.6 | 2.2 | 11.7 | 42,017 | 13.2 | 26,010 | 8.2 | 331,756 | 18,164 | 5.8 | 2.9 | 0.5 | 0 | 0 | 189 | 0.1 | 17,613 | 33,575 | 10.5 | 16,151 | 4.9 |
| Manager: | | | | Months Open: | | 6 | | | | | | | | | | | | | | | | | | |
| TITLEMAX OF PELHAM #1 | | | | | | | | | | | | | | | | | | | | | | | | |
| 87.8 | 0 | 1,088 | 42 | 46 | 12 | 11 | 54,387 | 11.8 | 22,130 | 4.8 | 473,958 | 35,678 | 8.1 | 5 | 0.6 | 0 | 0 | 0 | 0 | 22,019 | 47,007 | 10.2 | 24,988 | 5.3 |
| Manager: | | | | Months Open: | | 7 | | | | | | | | | | | | | | | | | | |
| TITLEMAX OF PRATTVILLE | | | | | | | | | | | | | | | | | | | | | | | | |
| 86.2 | 0 | 685 | 10.5 | 57.9 | 31.6 | 11.6 | 39,061 | 8.3 | 51,980 | 11 | 463,714 | -13,797 | -2.9 | 4.9 | 0.4 | 0 | 0 | 303 | 0.1 | 20,310 | 47,901 | 10.1 | 27,894 | 6 |
| Manager: | | | | Months Open: | | 7 | | | | | | | | | | | | | | | | | | |
| TITLEMAX OF WETUMPKA #1 | | | | | | | | | | | | | | | | | | | | | | | | |
| 99.2 | 0 | 737 | 7 | 41.9 | | | | | | | | | | | | | | | | | | | | |

EXHIBIT B

July 2004

Target

130 Hidden in District by FAR

Negative Profit

| | | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| [illegible] | | | | | | | | | | | | | | | | | | | | | | | | | |
| AMERICAN TITLE OF PELHAM #1 | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 77 | 0 | 780 | 9.4 | 78.1 | 12.5 | 15 | 24,965 | 33.6 | 9,620 | 12.9 | 80,945 | 15,217 | 23.2 | 8.8 | 2.6 | 1,359 | 1.7 | 300 | 0.4 | 11,088 | 11,209 | 15.1 | -938 | -1.2 |
| Manager: | | | | Months Open: | | | 5 | | | | | | | | | | | | | | | | | | |
| TITLEBUCKS OF PRATTVILLE #1 | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 98.3 | 0 | 561 | 5 | 65 | 30 | 15.9 | 11,213 | 12.6 | 4,350 | 4.9 | 93,567 | 7,867 | 9.2 | 12.8 | 2.5 | 260 | 0.3 | 250 | 0.3 | 12,501 | 12,382 | 13.9 | -130 | -0.1 |
| Manager: | | | | Months Open: | | | 8 | | | | | | | | | | | | | | | | | | |
| TITLEMAX OF ALABASTER #1 | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 81.9 | 0 | 981 | 8.3 | 91.7 | 0 | 11.4 | 23,550 | 19.5 | 19,046 | 15.7 | 123,397 | -2,672 | -2.1 | 6.1 | 5.1 | 7,870 | 6.4 | 0 | 0 | 11,286 | 12,741 | 10.5 | -6,415 | -5.2 |
| Manager: | | | | Months Open: | | | 8 | | | | | | | | | | | | | | | | | | |
| TITLEMAX OF GREEN SPRINGS HIGHWAY | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 95.5 | 0 | 839 | 19.5 | 72.4 | 3.4 | 11.6 | 72,965 | 9 | 43,585 | 5.4 | 820,769 | 17,544 | 2.2 | 6.7 | 3 | 19,917 | 2.4 | 5,366 | 0.7 | 20,882 | 83,437 | 10.3 | 48,004 | 5.8 |
| Manager: | | | | Months Open: | | | 8 | | | | | | | | | | | | | | | | | | |
| TITLEMAX OF HOOVER #1 | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 88.2 | 0 | 946 | 12.1 | 81.8 | 6.1 | 11.4 | 31,233 | 9.4 | 29,217 | 8.8 | 331,523 | -233 | -0.1 | 4.8 | 0.8 | 2,398 | 0.7 | 161 | 0 | 14,453 | 34,070 | 10.3 | 17,379 | 5.2 |
| Manager: | | | | Months Open: | | | 7 | | | | | | | | | | | | | | | | | | |
| TITLEMAX OF PELHAM #1 | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 83.8 | 0 | 1,127 | 10.8 | 78.4 | 8.1 | 11.3 | 41,684 | 8.8 | 35,563 | 7.6 | 480,105 | 6,148 | 1.3 | 5.1 | 1.6 | 3,924 | 0.8 | 3,410 | 0.7 | 20,916 | 48,831 | 10.4 | 27,402 | 5.7 |
| Manager: | | | | Months Open: | | | 8 | | | | | | | | | | | | | | | | | | |
| TITLEMAX OF PRATTVILLE | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 81.1 | 0 | 734 | 7.8 | 49 | 43.1 | 12.1 | 37,450 | 8.1 | 34,549 | 7.4 | 463,955 | 240 | 0.1 | 4.4 | 1.7 | 3,892 | 0.8 | 1,222 | 0.3 | 16,764 | 51,679 | 11.1 | 32,245 | 7 |
| Manager: | | | | Months Open: | | | 8 | | | | | | | | | | | | | | | | | | |
| TITLEMAX OF WETUMPKA #1 | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 86.9 | 0 | 873 | 7.5 | 30 | 62.5 | 11.5 | 34,916 | 13 | 16,738 | 6.2 | 282,853 | 18,305 | 6.9 | 6.9 | 0.6 | 1,918 | 0.7 | 0 | 0 | 13,830 | 28,690 | 10.7 | 12,941 | 4.6 |
| Manager: | | | | Months Open: | | | 8 | | | | | | | | | | | | | | | | | | |
| | 89.8 | 0 | 726 | 14.4 | | | | | | | | | | | | | | | | | | | | | |

Aug. 2004

| Store | 0 | | Months Open: | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AMERICAN TITLE OF PELHAM | 0 | 70.4 | | 6 | 14 | 22,070 | 3.8 | 60,516 | 17,571 | 21.7 | 4.2 | 2.1 | 1,668 | 0 | 8,634 | 13.6 | 2,159 | 2.2 |
| TITLEMAX OF PRATTVILLE #1 | 0 | 72.4 | Months Open: | 6 | 20.7 | | | | | | | | | | | | | |
| TITLEMAX OF PRATTVILLE #2 | 0 | 76.1 | Months Open: | 6 | 14 | 22,070 | 3.8 | | | | | | | | | | | |
| TITLEMAX OF MONTGOMERY | 0 | 85 | Months Open: | 9 | 16.3 | 21,000 | 21.3 | 107,259 | 13,592 | 14.6 | 7 | 5.7 | 6,432 | 6 | 600 | 9,725 | 13.1 | -2,427 | -2.4 |
| TITLEMAX OF MONTGOMERY #2 | 0 | 92.5 | Months Open: | 9 | 12.4 | 11,747 | 9.4 | 127,125 | 3,722 | 3 | 3.8 | 3.9 | 3,666 | 2.9 | 0 | 10,846 | 9.4 | -2,693 | -2.1 |
| TITLEMAX OF GREEN SPRINGS HIGHWAY | 0 | 99.4 | Months Open: | 9 | 11.5 | 75,117 | 9.2 | 812,361 | -4,366 | -1 | 6.1 | 3.1 | 15,802 | 1.9 | 3,444 | 20,441 | 10.3 | 51,173 | 6.3 |
| TITLEMAX OF HOOVER #1 | 0 | 86.9 | Months Open: | 8 | 11.7 | 19,877 | 5.8 | 361,877 | 20,355 | 6.1 | 4 | 1.4 | 2,271 | 0.6 | 332 | 13,924 | 10.5 | 19,948 | 5.7 |
| TITLEMAX OF PELHAM #2 | 0 | 94.5 | Months Open: | 9 | 11.9 | 26,726 | 6 | 460,056 | -50 | 0 | 5 | 1.2 | 5,584 | 1.2 | 31 | 18,726 | 9.3 | 20,544 | 4.5 |
| TITLEMAX OF PRATTVILLE | 0 | 18.2 | Months Open: | 9.1 | | 23,868 | | | | | | | | | | | | | |
| TITLEMAX OF SWEETWATER | 0 | 1.8 | Months Open: | 12.5 | 29,105 | 6.3 | 21,956 | 4.7 | 464,416 | 462 | 0.1 | 4.7 | 1.3 | 7,800 | 1.7 | 255 | 16,767 | 10 | 21,906 | 4.7 |
| 103.5 | 34.5 | | | | | | | | | | | | | | | | | |

Herbert in District 6.0

above ofc in Hurs, ti Distr.

Troy