1        IN THE UNITED STATES DISTRICT COURT

2            MIDDLE DISTRICT OF ALABAMA

3                NORTHERN DIVISION

4

5    STEVE J. NEMO,

6

7                    Plaintiff,

8

9        VS.                CIVIL ACTION

10                          NO: 2:05CV926-T

11

12    TITLEMAX, INC.,

13

14                Defendant.

15

16        DEPOSITION OF STEVE J. NEMO

17            April 19, 2006

18              9:00 a.m.

19

20

21

22            ORIGINAL

23



EXHIBIT
2
(1 OF 2)

1          I, Charles Wayne Parker,

2    Commissioner, State of Alabama at

3    Large, acting as commissioner,

4    certify that on this date, in

5    accordance with the Federal Rules of

6    Civil Procedure and the foregoing

7    stipulations of counsel, there came

8    before me at the law offices of Sabel

9    & Sabel, PC, 2800 Zelda Road, Suite

10   100-5, Montgomery, Alabama, on the

11   19th day of April, 2006, Steve J.

12   Nemo, witness in the above cause for

13   oral examination, whereupon the

14   following proceedings were had:

15

16          STEVE J. NEMO,

17   having been first duly sworn, was

18   examined and testified as follows:

19          THE COURT REPORTER:  Usual

20   stipulations?

21          MR. MULROY:  According to

22   the Federal Rules of Procedure versus

23   the local rules of procedure.

```
 1    correct?

 2         A.    That's correct.

 3         Q.    Did you talk to the EEOC

 4    investigator about that comment?

 5         A.    No, sir.

 6         Q.    So this comment's not

 7    written down anywhere?

 8         A.    No, sir.

 9         Q.    And you didn't make any

10    reports on it during the time when it

11    was made?

12         A.    No.

13         Q.    And you didn't make that

14    part of your EEOC complaint?

15         A.    No, sir.

16         Q.    All right.  Anybody else

17    talk to you about going back to

18    management?

19         A.    No, sir.

20         Q.    Okay.  Do you know anybody

21    besides yourself that has ever been

22    demoted from manager to assistant

23    manager?
```

```
 1          A.    Eddie Hoskin.

 2          Q.    And who is Eddie Hoskin?

 3          A.    He used to work at

 4    TitleMax.

 5          Q.    And what was his title?

 6          A.    Manager.

 7          Q.    Where did he work?

 8          A.    Our Fairview location.

 9          Q.    When was he demoted?

10          A.    I don't remember when.  A

11    month maybe before I was.

12          Q.    And who demoted him?

13          A.    Jim Berry and Dave Deal.

14          Q.    What race is Mr. Hoskin?

15          A.    Black.

16          Q.    And do you recall, did you

17    have any discussions with Mr. Hoskin

18    about the demotion?

19          A.    Not at that time.  No.

20          Q.    When did you talk to him

21    about it?

22          A.    Shortly after I got demoted

23    in September.
```

52

1      A.    Right.   He was starting his

2    own business so we were talking about

3    him starting his own business.

4           Q.    What is his business?

5           A.    He was -- some janitorial

6    service.

7           Q.    Did you talk about going to

8    work for him?

9           A.    No.

10          Q.    Do you know anybody else

11   that was demoted while you were at

12   TitleMax?   Either as an assistant or

13   a manager?

14          A.    I mean, I don't remember

15   his name.   He was demoted from the

16   Fairview location, and now he's the

17   manager over at the Atlanta Highway

18   location.

19          Q.    He was demoted from the

20   Fairview --

21          A.    Right.

22          Q.    -- to assistant?   And how

23   long was he an assistant before he

53

1    was promoted back to manager?

2          A.    Three months maybe, four

3    months.

4          Q.    Can you describe this

5    person?

6          A.    White male.

7          Q.    Who demoted him; do you

8    know?

9          A.    Jim Berry, Dave Deal.

10         Q.    Do you why he was demoted?

11         A.    No, sir.

12         Q.    Do you know anybody else

13   that was demoted at TitleMax while

14   you've been there either as a manager

15   or as an assistant manager?

16         A.    Dan Taylor.  He was

17   demoted.

18         Q.    Okay.  And what was he

19   demoted to?

20         A.    Assistant manager.

21         Q.    And where was he a manager?

22         A.    Fairview.  Fairview

23   TitleMax.

1          Q.    And what race is

2    Mr. Taylor?

3          A.    White male.

4          Q.    Do you know why he was

5    demoted?

6          A.    No, sir.

7          Q.    Who demoted him?

8          A.    Jim Berry, Dave Deal.

9          Q.    And what happened with

10   Mr. Taylor; do you know?

11         A.    They moved him into the

12   TitleMax store on Southern Boulevard.

13         Q.    As what?

14         A.    Assistant manager.

15         Q.    How long did he stay there

16   as assistant?

17         A.    I don't know.

18         Q.    Was he ever reinstated to

19   management?

20         A.    I believe he quit.

21         Q.    Okay.  About how old was

22   he?

23         A.    I'm sorry?

55

1          Q.    How old was Taylor?

2          A.    How old?

3          Q.    Do you have any idea?

4          A.    No.

5          Q.    Okay.  Anybody else that

6    you know that was demoted from

7    manager?

8          A.    I don't remember.

9          Q.    Okay.  While you were

10   either a manager or an assistant

11   manager at TitleMax was there anybody

12   terminated?

13         A.    I don't remember.

14         Q.    You don't remember anybody

15   being terminated?

16         A.    Terminated.  No.

17         Q.    Okay.  What about other

18   kinds discipline?  Do you know

19   anybody at TitleMax that was ever

20   disciplined, a suspension or a

21   written warning?  And I'm referring

22   to people other than yourself?

23              MS. WOODHAM:  Objection.

1          A.    I'm not sure I understand.

2     What circumstances?

3          Q.    Yeah.  My understanding is

4     that you did not have an assistant

5     manager --

6          A.    That's correct.

7          Q.    -- permanently assigned

8     while you were a manager; is that

9     correct?

10         A.    Uh-huh.

11         Q.    I'm sorry.  Is that yes?

12    Grunts don't come of well.

13         A.    Yes.

14         Q.    Okay.  Sorry.  And how long

15    were you a manager?

16         A.    About a year,

17    year-and-a-half.

18         Q.    And during the period of a

19    year-and-a-half or so that you were a

20    manager at TitleMax, and we'll try to

21    get those dates tacked down in a

22    minute, there was occasion when Jack

23    Bozeman would come over and assist

1    you at your TitleMax; is that

2    correct?

3         A.    That's correct.

4         Q.    Where was he working at the

5    time?

6         A.    He was working at the

7    TitleMax location in Prattville.

8         Q.    And you were a head, U.S.

9    Title?

10        A.    That's correct.

11        Q.    Okay.  So you were a

12   manager of a U.S. Title store; is

13   that correct?

14        A.    That's correct.

15        Q.    Could you tell me the

16   difference, the distinction between

17   the brands of TitleMax and U.S.

18   Title?

19        A.    Well, TitleMax deals with a

20   newer model of cars.  U.S. Title

21   deals with the older model of cars.

22        Q.    And I guess if you were

23   going to think of it in traditional

1    terms, TitleMax is the premium brand

2    and U.S. Title is kind of a secondary

3    brand; is that correct?

4         A.    That's correct.

5         Q.    Okay.  So Bozeman would

6    come over from the Prattville

7    TitleMax store to help you at U.S.

8    Title; is that right?

9         A.    That's correct.

10        Q.    For what purposes would he

11   come over to help you?

12        A.    He'd come over to assist me

13   on past due accounts.

14        Q.    Okay.  And what would he do

15   in that regard?

16        A.    He would run a few accounts

17   with me.

18        Q.    What do you mean by run a

19   few accounts?

20        A.    To check on the -- see why

21   a person had not come in or to see if

22   the vehicle's actually located where

23   a person says a vehicle may be.

1     Q.    Okay.   And how many

2  occasions would he come over during a

3  week?

4     A.    That would depend on the

5  manager's discretion, because a lot

6  of times when I asked for assistance

7  David would always say that he's too

8  busy.

9     Q.    David Cox is the manager of

10  the TitleMax store in Prattville?

11     A.    Right.

12     Q.    And you would call David

13  and say I need some help, and he

14  would say yeah he can come over or no

15  he's too busy?

16     A.    Uh-huh.

17     Q.    Okay.   Typically how many

18  days of work would Bozeman come over

19  and help you?

20     A.    Two.

21     Q.    And it would be, generally,

22  to chase accounts?

23     A.    That's correct.

1    Mr. Cain about showing up, okay?

2    What was said in that conversation?

3        A.    He asked me when can I

4    start.  I asked him would that Monday

5    be good enough, that following

6    Monday.  No problem.

7        Q.    Was there anything said

8    about pay?

9        A.    I think we discussed pay

10   Monday when I got there.

11       Q.    Okay.  So you were willing

12   to go to work for them without

13   knowing what the pay was?

14       A.    With the Tri-State Steel it

15   was -- it wasn't seasonal but in the

16   wintertime they have a -- you know,

17   you might not even go to work for a

18   few weeks or a few months.  I was

19   look to get something else because I

20   had a family to take care of.

21       Q.    So I guess the response

22   then, the shorter response, although

23   I do appreciate the explanation, is

1    that at that the point it didn't

2    matter to you what the pay was going

3    to be when you accepted the job?

4         A.    At that point.  No.

5         Q.    Okay.  So you went in on

6    Monday morning not knowing what the

7    pay was going to be and you discussed

8    with Mr. Kevin the pay?

9         A.    No.

10        Q.    How did it work?

11        A.    Dan Cain.

12        Q.    I'm sorry.  Dan Cain.

13   Okay.  You discussed with him what

14   the pay would be?

15        A.    Uh-huh.

16        Q.    And what's Mr. Cain's

17   title?

18        A.    He was manager.

19        Q.    He was just the manager of

20   the store at that point?

21        A.    Right.

22        Q.    And what did Mr. Cain tell

23   you the pay was going to be?

1          A.    $10.00 an hour.

2          Q.    What did you say to that?

3          A.    If that's what they started

4    with, with my prior experience, you

5    know, I'll take it.

6          Q.    There was no dickering or

7    negotiation about how much the pay

8    should be?

9          A.    Asked for more.

10         Q.    Okay.  What did you ask

11   for?

12         A.    I asked for 11.  He told me

13   he'd check and see if he could get

14   it, but I never did get it, so...

15         Q.    Do you remember what

16   annualized the pay was going to be?

17         A.    Annualized?  What do you

18   mean?  As far as -- oh --

19         Q.    Yeah.  If you were going to

20   take the $10.00 an hour and annualize

21   what was the annual salary?

22         A.    At that time, what is that?

23   20,000 or something.

77

1      Q.    Would 20,800 sound about

2   right?

3      A.    Yeah.

4      Q.    Okay.  And at that point

5   you just accepted it?

6      A.    Uh-huh.

7      Q.    Okay.  Where else did you

8   look besides TitleMax at that time?

9      A.    Nowhere.

10      Q.    Okay.  So this is really a

11   one-shot deal.  You weren't on a job

12   hunt.  You had heard about the job at

13   TitleMax and you applied for this

14   single job?

15      A.    Right.

16      Q.    Okay.  And your first job

17   at TitleMax was assistant manager?

18      A.    That's correct.

19      Q.    Okay.  As assistant manager

20   what did you do?

21      A.    Went out on past due

22   accounts, mostly chasing.

23      Q.    And how long did that go

1    on, that that's mainly what you did?

2         A.    That's pretty much -- I

3    mean, shortly thereafter I started

4    learning how to do title loans as far

5    as the pawns went but mostly just

6    chasing.

7         Q.    Yeah.  I guess my question

8    is:  What period of time were you

9    just chasing?  Was it just a matter

10   of weeks before you started learning

11   how to do title loans?

12        A.    Yes.  A matter of weeks.

13        Q.    And then they started

14   training you on how to do title

15   loans?

16        A.    Yes.

17        Q.    Who did the training?

18        A.    Cain.  Dan Cain.

19        Q.    Okay.  And what did the

20   training consist of?  He sat you down

21   with paperwork or...

22        A.    Yes.  He sat me down with

23   the paperwork and we would go out and

1    do appraisals on different cars, we'd

2    come back on the inside and proceeded

3    to do a title pawn.

4        Q.    In other words, dealing

5    with the customer?  Yes?

6        A.    Yes.  Yes.

7        Q.    There are certain

8    documentation you need, correct?

9        A.    That's correct.

10       Q.    Okay.  What was the

11   documentation?

12       A.    When doing a pawn you need

13   the title.  Of course, you need the

14   title to be in the customer's name.

15   You need a free and clear title.  You

16   also need verification of residency,

17   like a bill or something that comes

18   to that address in their name.  You

19   also need four personal references

20   with complete names, address and

21   phone numbers.

22       Q.    Okay.  So you had to get

23   the clear title.  What would you do

1    to assure that they were -- it was

2    their title as assistant manager?

3        A.    Basically a title would be

4    in their name, and it would match

5    their ID, their state issued ID.

6        Q.    Okay.  Would you do any

7    searches with the state government or

8    anything?

9        A.    No.

10       Q.    Okay.  And the four

11   references, did you check the

12   references at that time?

13       A.    No.

14       Q.    So you really just look at

15   the title to make sure it's in their

16   name and it matched their ID; is that

17   correct?

18       A.    That's correct.

19       Q.    You had them fill out an

20   application; is that correct?

21       A.    That's correct.

22       Q.    And you would do an

23   appraisal of their vehicle?

1          A.     That's correct.

2          Q.     Okay.   And what would you

3     have to do to with the appraisal of a

4     vehicle?

5          A.     Well, the manager, I was

6     out there with the manager.

7     Basically what you do, write down the

8     description of the vehicle.   Then you

9     go back on the computer.   Well, at

10    the time, we didn't have a computer.

11    We had a black book.   You would base

12    that year and the amount that they

13    had and you would get a percentage

14    depending on the grade that you would

15    give it, whether it was an A, B or C

16    grade.

17         Q.     And the A, B or C grade was

18    something that you had to determine

19    in your own subjective opinion?   You

20    had to look at the vehicle to make a

21    determination whether or not you

22    thought it was an A, B or C; is that

23    correct?

1     A.    That's correct.

2     Q.    And you would base that on

3  what kinds of criteria that you would

4  observe?

5     A.    Well, the condition, the

6  overall condition of the vehicle and,

7  of course, the mileage, too.

8     Q.    What about the interior of

9  the vehicle?

10     A.    Uh-huh.

11     Q.    How the vehicle ran?

12     A.    That's correct.

13     Q.    Did you turn on the engine

14  and listen to it?

15     A.    Right.

16     Q.    And you're basing it on

17  your experience with the way the

18  engine sounded to determine whether

19  or not it was in good condition?

20     A.    Yes.

21     Q.    Okay.  And did Mr. Cain

22  teach you anything in regard to

23  appraisal of vehicles you didn't know

83

1    at the time when he taught you these

2    things?

3        A.    He was teaching me how to

4    do it the way that he wanted it done.

5        Q.    Was there anything

6    particular that Mr. Cain told you to

7    look for?

8        A.    No.

9        Q.    Is it fair to say there's a

10   lot of subjective evaluation done in

11   making an appraisal of a vehicle?  In

12   other words, you have to know what

13   you're doing to do it?

14       A.    Yes.

15       Q.    And you have to know what

16   it means by having a good mechanic --

17   a car in good mechanical condition?

18       A.    Yes.

19       Q.    And you have to know what

20   it means that the outside is in good

21   shape and the inside, the interior,

22   is clean?

23       A.    Yes.

1          Q.     And those are judgments

2     that you made as assistant manager;

3     is that correct?

4          A.     Yes.

5          Q.     Okay.  I would assume there

6     was a period of training on doing

7     these applications and checking loan

8     titles and documentation and

9     appraisals before you were actually

10    cut loose to do loans on your own?

11    In other words, did Mr. Cain look

12    over your shoulder for a little

13    while?

14         A.     Well, the company usually

15    just about -- trains you for about 30

16    days and then after that you're

17    pretty much on your own.

18         Q.     Okay.  And by on your own,

19    does that mean that you would

20    actually as assistant manager make

21    loans?

22         A.     Right.

23         Q.     Okay.  What was your

1        Q.    Okay.   And then you would

2    come out and tell him this is what I

3    think we ought to loan on a car?

4        A.    Yes.

5        Q.    And when you would do that

6    typically would Cain say, that's

7    good, yeah, I agree with you?

8        A.    Yes.

9        Q.    Did he ever disagree with

10   you?

11       A.    There have been times when

12   he thought I could have done more.

13       Q.    You would do less?

14       A.    Yeah.

15       Q.    Was there ever a time when

16   he said you loaned too much?

17       A.    No.

18       Q.    Was there ever a time when

19   you saw the value of a car and

20   decided this car is really more

21   valuable than the black book's saying

22   because it's in such pristine

23   condition?

1        A.    There are those exceptions
2    that come through.  Yes.
3        Q.    And you would make the
4    judgment on that, that this is a
5    pristine car that we can loan more
6    money on?
7        A.    Well, I wouldn't have the
8    final say, but yes.
9        Q.    You'd make that
10   recommendation to Mr. Cain.  Mr. Cain
11   would say yes or no?
12       A.    That's correct.
13       Q.    Okay.  And he would say yes
14   more often than no I take it?  He
15   trusted your judgment?
16       A.    Yes.
17       Q.    How long did you work for
18   Mr. Cain like in that
19   manager-employee relationship?
20       A.    About two -- about two
21   months maybe.
22       Q.    Okay.  No trouble with Mr.
23   Cain?

1        A.    None.

2        Q.    Ever make complaints of

3    racial discrimination to Mr. Cain?

4        A.    No.

5        Q.    Ever complain to him about

6    you're not being paid enough?

7        A.    Other than the initial

8    conversation?

9        Q.    Yes.

10        A.    No.

11        Q.    Who was your next manager?

12        A.    Michael Knight.

13        Q.    Okay.  Was he -- what was

14    his title?

15        A.    He was a manager.

16        Q.    Okay.  And what store was

17    that at?

18        A.    It was TitleMax off of

19    Holiday Drive.

20        Q.    In Montgomery?

21        A.    Yes.

22        Q.    And the Cain store, what

23    store was that?

1        A.    U.S. Title, Southern

2    Boulevard.

3        Q.    Okay.  Now the U.S. Title

4    store again was the lower brand?

5        A.    That's correct.

6        Q.    Okay.  Do you know what the

7    volume was at Mr. Cain's store,

8    Southern Boulevard U.S. Title store?

9        A.    No, sir.  I don't.

10        Q.    And you were the only two

11    employees at that store?

12        A.    That's correct.

13        Q.    Okay.  So moving to

14    Mr. Knight's store, the TitleMax

15    there was a step-up of sorts because

16    it would be the higher premium brand?

17        A.    I wouldn't say step-up.

18        Q.    Okay.  Did you get an

19    increase in your salary at that

20    point?

21        A.    No.

22        Q.    Under Mr. Knight how did

23    your job change if it did, or was it

1    the same?

2          A.    It was the same.

3          Q.    You were just dealing with

4    better automobiles?

5          A.    Yes.

6          Q.    And under Mr. Knight, how

7    long did you work?

8          A.    About two months again.

9          Q.    During that period with

10   Mr. Knight what was your relationship

11   like with him?

12         A.    Friendly.

13         Q.    Did you ever have any

14   complaints about Mr. Knight during

15   that period?

16         A.    No.

17         Q.    Did you ever complain to

18   him about anything?

19         A.    No.

20         Q.    What was the next manager

21   you had after Mr. Knight?

22         A.    I was moved back to the

23   U.S. location.

1        Q.    Okay.  And who was your

2    manager there?

3        A.    Dan Taylor.

4        Q.    And his title was manager

5    again?

6        A.    That's correct.

7        Q.    Okay.  And during this

8    period who was the district manager,

9    the DM, above Knight, Taylor and

10    Cain?

11        A.    Dave Deal.

12        Q.    This was all in region 23?

13        A.    (Witness shaking head).

14        Q.    Region five?

15        A.    Yes.

16        Q.    And how long did you work

17    for Dan Taylor as assistant manager?

18        A.    I don't remember exactly

19    how long.

20        Q.    Was it a short period or a

21    long period?

22        A.    I would say a long period.

23        Q.    Okay.  And during the

1   period of time you were with

2   Mr. Taylor did you receive any

3   promotions or pay raises?

4          A.   Yes.  During the time with

5   Mr. Taylor I received a 50 cents pay

6   rise.

7          Q.   50 cents an hour?

8          A.   Yes.

9          Q.   Do you remember annualized

10  what that went to?

11         A.   No.

12         Q.   How did you end up getting

13  the 50 cent an hour pay raise?  Did

14  they just come to you and say we're

15  raising your pay?

16         A.   No.  I asked Mr. Taylor a

17  few times about getting a raise.

18         Q.   Okay.

19         A.   Yes.

20         Q.   And then he came to you and

21  said I'm giving you a raise?

22         A.   Mr. Deal did.

23         Q.   Okay.  Tell me about that

1    conversation.  What did Mr. Deal say

2    to you and what did you say to him?

3         A.    I don't remember exactly

4    what was said.  I know I asked him

5    for a raise.  It had been some time,

6    and finally I did get a 50 cents

7    raise which we had discussed about a

8    dollar raise, but I don't know why

9    the 50 cents.

10         Q.    Okay.  How long after you

11    came to TitleMax did you get the 50

12    cent an hour raise?

13         A.    I don't remember exactly

14    how long.

15         Q.    I've got that you began to

16    work in February 2002 as assistant

17    manager at TitleMax.  Does that sound

18    about right?

19         A.    That's about right.

20         Q.    And then if you started at

21    the rat of 20,800 annualized, an

22    hourly rate annualized to 20,800.  I

23    believe you said that was right?

95

1          A.    That's about right.

2          Q.    Okay.   And then in August

3     is when you got your raise.   In other

4     words, a period of about six months

5     later you went to $22,001.00

6     annualized.

7          A.    Okay.

8          Q.    Does that sound about

9     right?

10         A.    I remember getting a raise.

11    That sounds about right.

12         Q.    Okay.   During that five to

13    six month period did you have

14    discussions with anybody about

15    getting a raise?

16         A.    Prior to getting the raise?

17         Q.    Yes.

18         A.    Yes.

19         Q.    Okay.   Tell me everybody

20    you talked to about that?

21         A.    Dan Taylor, my manager.

22         Q.    Okay.   What did you say to

23    Dan?

1    company.  No.

2        Q.    He had been with the

3    company longer than you had though?

4        A.    Yes.

5        Q.    Michael Knight, he had been

6    with the company longer than you had?

7        A.    Yes.

8        Q.    Do you know how long?

9        A.    No.

10        Q.    Okay.  Wanda Asberry?

11        A.    Yes.  She had been with the

12    company longer than I had.

13        Q.    Okay.  Do you know how long

14    she had been with the company?

15        A.    No.

16        Q.    Okay.  Wanda Asberry is a

17    black female?

18        A.    Yes.

19        Q.    What's her current title?

20        A.    DM.  District manager.

21        Q.    Okay.  And at the time you

22    knew Wanda Asberry when you first

23    came on there, during the first six

1    months of employment, what was her

2    title?

3        A.    Assistant manager.

4        Q.    And when did she get

5    promoted to manager during the time

6    you were employed there?

7        A.    I'm sorry?

8        Q.    Yeah.  At what point did

9    she become a manager?

10        A.    I don't remember when she

11    became a manager.

12        Q.    Was it in 2002?

13        A.    I don't remember.

14        Q.    Was she a manager before or

15    after you were a manager?

16        A.    Before I was a manager.

17        Q.    Okay.  She was hired before

18    and she was promoted before?

19        A.    Yes.

20        Q.    And where was she an

21    assistant manager during this period,

22    what store?

23        A.    Where was she an assistant

1    manager?

2        Q.    Yeah.   When you first came

3    on.

4        A.    TitleMax.

5        Q.    In Prattville or...

6        A.    In Montgomery.

7        Q.    In Montgomery?

8        A.    Uh-huh.

9        Q.    And Jermaine, black male?

10       A.    Yes.

11       Q.    Okay.   And what was his

12   title when you came on?

13       A.    Manager I believe.

14   Manager.

15       Q.    Had he been hired before or

16   after you?

17       A.    Before.

18       Q.    And Jack Medley, what was

19   he when you came on?

20       A.    He was a manager.

21       Q.    Okay.   And he had been at

22   TitleMax longer than you?

23       A.    Right.   Yes.

1      Q.    Who would that have been

2   with?

3      A.    Dan.

4      Q.    You did not have that same

5   conversation with Mr. Deal?

6      A.    No.

7      Q.    Tell you what we've been

8   going for a little bit.  Why don't we

9   take a break?

10

11           (Whereupon, a brief

12            recess was taken

13            in the deposition.)

14

15      Q.    (BY MR. MULROY):

16   Reflecting back now, when you were

17   hired who was it that actually

18   decided to hire you; do you know?

19      A.    I mean, I just spoke with

20   the manager of that office.

21      Q.    Okay.  And as far as you

22   know he was the only one that was

23   involved in making the decision to

104

1   hire you?

2       A.   As far as I know.  I just

3   spoke with the manager of that

4   office.

5       Q.   Okay.  Then afterwards you

6   did an interview with the district

7   manager?

8       A.   No.

9       Q.   So you were hired, as far

10  as you know, by the manager of the

11  office, and then you got a raise.

12  And my impression is that was a

13  combination of the manager of the

14  office and Dave Deal gave you the

15  raise?

16      A.   That's correct.

17      Q.   Okay.  So after you got the

18  raise you continued to be an

19  assistant manager for a while; is

20  that correct?

21      A.   That's correct.

22      Q.   Okay.  And who did you work

23  under?

1     A.    That's correct.

2     Q.    Okay.  So while you were

3  with Mr. Taylor, Mr. Deal always did

4  the audits?

5     A.    That's correct.

6     Q.    And that happened about

7  every two weeks?

8     A.    That's correct.

9     Q.    Did you ever have an

10  unprofitable month when you were

11  working with Mr. Taylor?

12     A.    Not that I'm aware of.  No.

13     Q.    Okay.  And on each audit it

14  indicates whether or not you had a

15  profitable month, correct?

16     A.    That's correct.  Or will be

17  profitable.

18     Q.    How do you determine

19  whether or not a store is profitable?

20     A.    I'm not sure I understand.

21     Q.    How do you tell when a

22  store is profitable?  How do you

23  calculate the numbers on that?

1        A.    Well, it depends on the

2    amount of charge off that a store

3    would have versus what he has coming

4    in as far as fees.  It also depends

5    on whether or not he's able to

6    recover or what he's able to recover.

7        Q.    You mean as far as

8    collateral?

9        A.    As far as what has charged

10   off.  That would determine his profit

11   or what he's going to profit for that

12   month.

13       Q.    Okay.  So you have your

14   monthly revenue --

15       A.    Also your expenses, too.

16       Q.    Expenses.  Which mean your

17   employee expenses and your paper and

18   that sort of thing?  And rent?

19       A.    Expenses.  Right.

20       Q.    What other kind of expenses

21   did you have?

22       A.    That's pretty much it.

23       Q.    Okay.  So you would have

1    what your revenues are coming in

2    minus the amounts, the charge offs,

3    which would be the accounts that had

4    not been collected; is that right?

5    That have come due but have not been

6    collect?

7         A.    That's correct.

8         Q.    And then you would add to

9    that recoveries from charge offs from

10   the prior month.  And that could be

11   either somebody coming in and paying

12   or it could be that you had to go and

13   grab the collateral; is that right?

14        A.    That's correct.

15        Q.    And then you would sell the

16   collateral?

17        A.    That's correct.

18        Q.    Let me ask you:  As an

19   assistant what responsibilities did

20   you have in regard to selling

21   collateral?

22        A.    Selling?  None.

23        Q.    You never went to the lot

1    and sold any of the collateral?

2         A.    No.  We didn't sell.

3         Q.    Okay.  And is it true to

4    say that during the time you were an

5    assistant manager with Dan Taylor

6    that you never had any problems in

7    regard to racial discrimination at

8    TitleMax?

9         A.    No.

10        Q.    And at some point -- in

11   other words -- let's me rephrase that

12   because that was a bad way to ask it.

13   Did you have any problems during the

14   period of time you worked with Dan

15   Taylor as assistant manager with

16   racial discrimination?

17        A.    No, sir.

18        Q.    No racial slurs?

19        A.    No.

20        Q.    Okay.  And you were never

21   made to feel uncomfortable because of

22   your race?

23        A.    No.

1       Q.   During the time you were

2  working as an assistant manager with

3  Dan Taylor were there other managers

4  who were black or were there managers

5  who were black?

6       A.   Yes.

7       Q.   Who in your region were

8  managers and they were black?  You

9  know, I'm going to say

10  African-American if everybody's more

11  comfortable with that.  I don't know

12  what -- if you're uncomfortable with

13  black, then I'm not going to use that

14  term.  What are you most comfortable

15  with?

16       A.   That's fine.

17       Q.   Or does it matter to you?

18       A.   That's fine.

19       Q.   Okay.  So who were the

20  managers that were black?

21       A.   I remember Wanda Asberry

22  getting promoted to manager.

23       Q.   Okay.

1        A.     Jermaine.  I don't remember

2    Jermaine's last name.  It's not

3    Jermaine McCall.

4        Q.     It's another Jermaine?

5        A.     Right.  That's correct.

6        Q.     Okay.

7        A.     And at that time that was

8    the only two.

9        Q.     Okay.  And at some point

10   you were considered for management;

11   is that correct?

12       A.     That's correct.

13       Q.     About when was that?

14       A.     I mean, as far as specific

15   dates, I don't remember.

16       Q.     All right.

17       A.     Because there was another

18   manager that was after Dan.

19       Q.     Okay.  I got you getting a

20   raise up to the $26,001.00 on or

21   about September the 23rd.  Would that

22   have been the time you would have

23   been...

114

1          A.    In the month of September?

2          Q.    Of 2003?

3          A.    (Witness nodding head).

4          Q.    Is that about the time you

5     were promoted?

6          A.    That's about right.

7          Q.    Okay.  Tell me how you went

8     about getting the promotion?

9          A.    Well, Mr. Jim Berry called

10    me down to the TitleMax store and

11    offered me the position.

12         Q.    Had you applied for it?

13         A.    No.

14         Q.    Had you ever told Berry

15    that you wanted to be a manager?

16         A.    I think on a few occasions

17    when he came in to do audits, I think

18    we talked about him -- me being a

19    manager.

20         Q.    Maybe I'm missing something

21    here.  During the time you were

22    assistant manager were you always

23    working for Dan Taylor or did that

115

1     change?

2          A.     That did change.

3          Q.     Who did you then go to work

4     for?

5          A.     Shane Cahalan.

6          Q.     And why did that change?

7     Did you move stores or did they put a

8     new manager into your store?

9          A.     I don't understand the

10    question because I can't say why

11    TitleMax did what they did.

12         Q.     Yeah.   You're right.   Did

13    you switch stores?

14         A.     No.

15         Q.     Okay.   So Mr. Cahalan came

16    to the sore that Mr. Taylor used to

17    manage; is that correct?

18         A.     That's correct.

19         Q.     What store is that again

20    that?   I'm sorry.   What was the name

21    of that store?

22         A.     U.S. Title Pawn.

23         Q.     Okay.   And do you know

1    where Mr. Taylor went to?

2        A.   He went to the TitleMax on

3    Fairview.

4        Q.   Okay.  The TitleMax on

5    Fairview was a higher volume store;

6    do you know?

7        A.   No.  It wasn't.

8        Q.   So you don't know why they

9    moved him?

10       A.   No.

11       Q.   Was Taylor demoted?

12       A.   We he demoted?

13       Q.   Yeah.

14       A.   I'm not sure I know what

15   you mean when you say, was he

16   demoted.

17       Q.   Was that a step down for

18   him to go to the Fairview store?

19       A.   It was a lateral movement.

20       Q.   Was it a smaller store than

21   U.S. Title Loan?

22       A.   It was a new store.

23       Q.   Okay.  It was a new store?

117

1   Okay.  So he went over there to start

2   a new store?

3       A.   Well, he switched with

4   Shane Cahalan so he didn't actually

5   start it up, but it was a new store

6   in comparison to the U.S. Title Pawn.

7       Q.   Okay.  So Taylor goes to

8   the TitleMax Fairview store.  Cahalan

9   goes to the U.S. Title Pawn store?

10      A.   That's correct.

11      Q.   And what race was Cahalan?

12      A.   White male.

13      Q.   And the U.S. Title Pawn

14  store actually was a lower -- the

15  TitleMax store was a premium store,

16  correct?

17      A.   By premium, what exactly do

18  you mean?

19      Q.   That you took higher value

20  cars?

21      A.   That's correct.

22      Q.   And the U.S. Title Pawn

23  store took lesser value cars?

1      A.    That's correct.

2      Q.    So in effect was it a

3  demotion for Cahalan?

4      A.    Actually Cahalan got the

5  better deal because that store was

6  profiting.  The TitleMax store wasn't

7  profiting, it was just recently open.

8      Q.    Right.  Okay.  Fair enough.

9  What was your relationship like with

10  Cahalan?

11      A.    Good.

12      Q.    No problems with racial

13  discrimination with Cahalan?

14      A.    No, sir.

15      Q.    Okay.  And I'm assuming,

16  too, based on your answer about who

17  would do audits that something

18  happened, Dave Deal did not do the

19  audits under Cahalan.

20      A.    No.  That's correct.  Jim

21  Berry was our district manager at

22  that time.

23      Q.    Okay.  And that's when

1    Mr. Deal got promoted to regional

2    manager?

3        A.    Right.

4        Q.    And your relationship with

5    Jim Berry while you were working with

6    Cahalan was also good?

7        A.    Yeah.  It was just fine.

8        Q.    Professional?

9        A.    Yes.

10       Q.    And you had no racial

11   complaints against Jim Berry?

12       A.    No.

13       Q.    Okay.  Now getting back to

14   the promotion, you had mentioned that

15   you would like to be promoted to Jim

16   Berry?

17       A.    That's correct.

18       Q.    Okay.  Do you recall the

19   first conversation you had about

20   that?

21       A.    I remember him coming into

22   our stores and doing the audits, and

23   there were occasions when we

1    discussed my being a manager of maybe

2    the next -- or moving to the next

3    level if ever the opportunity became

4    available.

5        Q.    And how long after that

6    conversation with Berry did you

7    actually move to the next level?

8        A.    I don't remember.  I don't

9    remember how soon after the

10    conversation.

11        Q.    A relatively short period

12    of time?  Two or three months?

13        A.    I don't remember.

14        Q.    Do you remember if it would

15    have been more than six months?

16        A.    Six months.

17        Q.    Could have been?

18        A.    Could have been six months.

19        Q.    Okay.  It would not have

20    been much longer than six months?

21        A.    No.

22        Q.    Okay.

23        A.    No.

1      Q.    So whenever it was you --
2  and it could have been less than six
3  months?
4      A.    I...
5      Q.    You just don't know?
6      A.    No.
7      Q.    How many of these
8  conversations did you have with
9  Mr. Berry?
10      A.    I don't remember.
11      Q.    Was it a lot?  Every time
12  you saw him were you pushing to
13  become a manager or was it one or two
14  conversations?
15      A.    It wasn't a lot.  I don't
16  remember exactly how many
17  conversations we had, but it wasn't a
18  lot.
19      Q.    Okay.  And was Berry ever
20  discouraging to you about becoming a
21  manager?
22      A.    No.
23      Q.    So what was the next step

1    talked about money to you?

2         A.    Yes.   He did.

3         Q.    Okay.   In that first

4    discussion about the store?

5         A.    Uh-huh.

6         Q.    All right.   What did he say

7    to you and what did you say to him

8    about --

9         A.    Well, he told me what the

10   position offered which was 26.

11        Q.    Actually I've got it as

12   26,001 annually.   Does that sound

13   about right?   Close enough, right?

14        A.    Close enough.

15        Q.    Okay.   Did it have any

16   different benefits than you had been

17   receiving as an assistant?

18        A.    Yes.

19        Q.    What were the different

20   benefits?

21        A.    Well, it offered phone

22   reimbursement.   It also offered

23   insurance reimbursement.

1      Q.    By insurance reimbursement,

2   what do you mean?

3      A.    You would get your

4   insurance, and they would reimburse

5   you for that month, whatever the

6   amount of insurance that it cost you.

7      Q.    Was there a dollar limit on

8   the top?

9      A.    Yes.

10     Q.    What was the dollar limit?

11     A.    200.

12     Q.    Did you take the insurance

13  reimbursement plan?

14     A.    Yes.

15     Q.    There are people that don't

16  do that because their spouses have

17  insurance, correct?

18     A.    Uh-huh.

19     Q.    Okay.  But you elected

20  that?

21     A.    Uh-huh.

22     Q.    And how much more above the

23  26,000 did that pay you?

1      A.    200.

2      Q.    A month?

3      A.    Uh-huh.

4      Q.    Okay.  So it would have

5   been about 2400 a year?

6      A.    Yes.

7      Q.    Okay.  Were there any other

8   benefits to becoming a manager?

9      A.    Phone reimbursement.

10      Q.    How much was that?

11      A.    That was $40.00 a month.

12      Q.    Any other benefits to being

13   a manager?

14      A.    Of course, you get profit,

15   but being a new store I had to work

16   my way up to that.

17      Q.    Initially being in a store

18   you would not expect to get the

19   bonuses for the profit, correct?

20      A.    Correct.

21      Q.    Because you're building up

22   the --

23      A.    Volume.

1          Q.      -- store volume?

2          A.      That's correct.

3          Q.      In your case your store

4     operated at a loss every month but

5     one while you were manager, correct?

6          A.      I don't understand.

7          Q.      Yeah.   It is true if we

8     look at your audits that it's going

9     to show that your store, while you

10    were manager, only returned a profit

11    one month?

12               MS. WOODHAM:   Objection.

13         Q.     (BY MR. MULROY):   Do you

14    know that?

15         A.      No.

16         Q.      Did you ever look at what

17    your profitability was?

18         A.      I mean because you got

19    expenses that you're paying out of

20    your store as a new store, because

21    the regional or the district manager

22    tells you that your store's not going

23    to profit, that there's added

1    expenses that comes through your

2    store.

3        Q.    Uh-huh.

4        A.    Right.

5        Q.    Okay.  And you never turned

6    a profit at your store, correct?

7        A.    Now in the month that I was

8    demoted, that was the month that my

9    store profited.

10        Q.    Okay.  What month were you

11    demoted?

12        A.    September '04.

13        Q.    I think I'm showing a

14    $1,200.00 loss in September '04.  Do

15    you think you profited?

16        A.    Yes, sir.

17        Q.    Okay.  Do you know what

18    profit you believe you made was?

19        A.    I don't remember exactly

20    what it was.  No.

21        Q.    All right.  And Dave Deal

22    had to approve your promotion; is

23    that correct?

1     didn't get a raise?

2          Q.    Yeah.

3          A.    I complained about the fact

4     that I didn't get a raise to my DM.

5          Q.    Okay.  You didn't get a

6     raise -- now you did get a raise in

7     September of 2003, correct?

8          A.    That's correct.

9          Q.    So when did you complain

10    that you didn't get a raise to your

11    DM?  It was sometime after September

12    2003, correct?

13         A.    Yes.

14         Q.    Do you recall how far after

15    September 2003 that occurred?

16         A.    No.  Because I mean, it was

17    a time where -- I mean I had

18    discussed with Mr. Deal about a

19    raise, more than 26 prior to taking

20    the store.

21         Q.    Okay.  Where did that

22    discussion occur?

23         A.    At the office, at the U.S.

1    office.

2        Q.    It was after you took the

3    store or after you became a manager

4    or before you became a manager at the

5    U.S. store?

6        A.    It was prior to me taking

7    the manager's position.  It was prior

8    to me moving to the Fairview store.

9        Q.    Okay.  Now I asked you

10   about that earlier, and I thought you

11   said that there was only the

12   conversation with Mr. Berry, that you

13   didn't talk to Mr. Deal.  But now

14   you're recalling a conversation with

15   Mr. Deal?

16       A.    Yes.  I did talk to Mr.

17   Deal.

18       Q.    Okay.  Where did that

19   conversation occur?

20       A.    At the U.S. -- at the U.S.

21   store.

22       Q.    Okay.  And that's the one

23   you ultimately took?

```
 1        A.    No, sir.

 2        Q.    Oh, that was the prior

 3   store?

 4        A.    Right.

 5        Q.    Okay.  Who was present?

 6        A.    Just myself and him.

 7        Q.    What did you say to

 8   Mr. Deal at that time?

 9        A.    I asked him prior to taking

10   the store, I could get 30,000.

11        Q.    And what did he say to you?

12        A.    He asked me if I was crazy.

13        Q.    Okay.  That would have been

14   an $8,000.00 raise?

15        A.    Uh-huh.

16        Q.    And what did you say to

17   him?

18        A.    Nothing.

19        Q.    And that was all that was

20   said?

21        A.    Yes.

22        Q.    Okay.  Are there any other

23   conversations before you went, you
```

1    took the management job, the Fairview

2    store manager's job, Fairview, about

3    salary with any other employee of

4    TitleMax?

5        A.    I'm sorry.

6        Q.    Were there any other

7    conversations about what you should

8    get as store manager at the new store

9    with any other employee at TitleMax?

10       A.    Well, there was one

11   conversation that I had with Jack

12   Medley prior to taking the store.    He

13   was telling me that what he was

14   making.

15       Q.    Okay.    Jack Medley is a

16   white male?

17       A.    That's correct.

18       Q.    Okay.    Where did this

19   conversation occur?

20       A.    At his office.

21       Q.    And what office was that?

22       A.    TitleMax.

23       Q.    And by TitleMax you're

1    talking about the premium TitleMax

2    store as opposed to U.S. Title?

3        A.    I don't understand when you

4    say premium.

5        Q.    Yeah.  Earlier we tried to

6    get things defined so that it would

7    be easy to talk about this case.

8    Okay?

9        A.    Uh-huh.

10       Q.    And I asked you whether or

11   not TitleMax was a premium brand and

12   you agreed that it was?

13       A.    Yes.

14       Q.    Are you now saying it was

15   not?

16       A.    No.  I'm not saying no.

17       Q.    Okay.  So he was at the

18   TitleMax store that was the premium

19   brand at that time; is that correct.

20       A.    That's correct.

21       Q.    Okay.  And what TitleMax

22   store was that?

23       A.    On Southern Boulevard.

```
 1          Q.    Okay.   In Montgomery?

 2          A.    Yes.

 3          Q.    Okay.   And what did he say

 4    to you and what did you say to him?

 5          A.    Well, I mean, it was a

 6    discussion where he was, I guess, a

 7    bit angry about what he was doing and

 8    what he was undertaking as far as his

 9    job performance, and he made a

10    comment that at 30,000 it wasn't

11    worth it.   And that's when we got

12    into the conversation about his

13    30,000.

14          Q.    Okay.   And he was upset

15    because he thought that he was worth

16    more that 30,000 for what he had to

17    do?

18          A.    I don't -- he was upset

19    about his numbers and the way things

20    was running at the store.

21          Q.    He thought he had good

22    numbers?

23          A.    I suppose at that time.
```

1        Q.    He thought that because he

2   had good numbers he should be earning

3   more money?  I'm trying to get an

4   understanding of what the

5   conversation was about.

6        A.    Yes.

7        Q.    Okay.  And then he

8   mentioned this, that he was getting

9   30,000 and you were surprised because

10  you were making what?

11       A.    Well, at that time I was

12  making a little over 10.  What?

13  10.50.

14       Q.    Yeah.  You were assistant

15  manager?

16       A.    Right.  I was still an

17  assistant.

18       Q.    So your pay was not really

19  comparable to his pay because he was

20  a manager, correct?

21       A.    That's correct.

22       Q.    Okay.  Jack Medley was a

23  white male?

140

1       A.      That's correct.

2       Q.      Where is he now?

3       A.      He's no longer with the

4   company.

5       Q.      When did he leave the

6   company; do you know?

7       A.      I have no -- I don't

8   remember.

9       Q.      Anything else said in this

10  conversation with Medley?

11      A.      That was it.

12      Q.      Okay.  Did you look at any

13  documents that made you feel that you

14  should get paid $30,000.00 before

15  your discussion with Mr. Deal?

16      A.      No.

17      Q.      Did you talk to anybody

18  besides Mr. Medley about managers

19  making $30,000.00?

20      A.      No.

21      Q.      Did you do any kind of

22  examination of any records that

23  showed you what managers in the

1    region were making?

2         A.    No, sir.

3         Q.    Have you since done that?

4    Have you since done that?  Have you

5    examined records to determine what

6    managers in the region were making in

7    September 2003 and what they started

8    at?

9         A.    When you say since done

10   that, what is --

11        Q.    Yeah.  Since September 23rd

12   or September 7th, 2003, have you

13   looked at any documents that reflect

14   what managers were paid initially

15   when they took a management position

16   in your region?

17        A.    Yes.

18        Q.    When did you do that?

19        A.    I don't remember the date.

20        Q.    Okay.  Was it sometime in

21   2003?

22        A.    I don't remember.

23        Q.    Was it sometime after you

1    were a manager, that you had been

2    advanced to store manager?

3         A.    That's correct.

4         Q.    Okay.  And where were the

5    documents located?

6         A.    My district DM left it up

7    on the computer screen.

8         Q.    What document was it?

9         A.    It showed a detail of the

10   different managers and what they were

11   making.

12        Q.    Okay.  And what did it show

13   you?

14        A.    It showed me a list of all

15   the managers and what they were

16   making.

17        Q.    Do you have a copy of that

18   document now?

19        A.    When you say do I have a

20   copy of it now, do you mean with me,

21   on me?

22        Q.    No.  I mean do you have

23   that document, a copy of that

1    document, in your care, custody and

2    control?

3         A.    Yes.

4         Q.    And you've given that to

5    your attorney and then she -- well,

6    of course, you wouldn't know if she

7    has given that to me.  But you have

8    given a copy of that document to your

9    lawyer, correct?

10        A.    Yes.

11        Q.    I think we're going to get

12   to that in a minute.

13        A.    Okay.

14        Q.    Okay.  Anything else that

15   you have examined that makes you

16   think that managers were paid

17   $30,000.00 for being a store manager?

18        A.    Yes.  There was an e-mail

19   that was left up, also, that showed

20   what Gray Hare was going to be paid,

21   and that he was to assume the U.S.

22   Title Pawn store.

23        Q.    Okay.  And the U.S. Title