# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974; See Privacy Act Statement before completing this form.

| AGENCY | CHARGE NUMBER |
|---|---|
| ☐ FEPA  ☒ EEOC | 130 2004-04489 |

and EEOC

*State or local Agency, if any*

| NAME (Indicate Mr., Ms., Mrs.) | HOME TELEPHONE (Include Area Code) |
|---|---|
| Steve Jerome Nemo | (334) 358-9131 |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | Date of Birth |
|---|---|---|
| 1715 County Rd. 21 North | Prattville, AL 36067 | 09/19/1964 |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (If more than one list below.)

| NAME | NUMBER OF EMPLOYEES, MEMBERS | TELEPHONE (Include Area Code) |
|---|---|---|
| Title Max | 15 | (334) 358-6227 |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |
|---|---|---|
| 215 South Memorial Dr. | Prattville, AL 36067 | Autauga |

CAUSE OF DISCRIMINATION BASED ON (Check appropriate box(es))

☒ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☐ AGE
☐ RETALIATION  ☐ NATIONAL ORIGIN  ☐ DISABILITY  ☐ OTHER (Specify)

DATE DISCRIMINATION TOOK PLACE EARLIEST (ADEA/EPA)   LATEST (ALL)
09/07/2004

☐ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I am an African-American male and have been employed for approximately three years as a manager. On Sept. 7, 2004, I was demoted to assistant manager and moved to a different location. My replacement is Kelvin Godwin, Caucasian male, who has not worked but for a few months with the company. He also began with a salary more than my beginning salary. I am capable of handling the manager's position. This adverse employment action has damaged me considerably. I have lost insurance benefits costing me about $200/month. I lost cell phone privileges given to managers only. I lost potential bonuses of approximately $250+ each month. This action against me is one of many actions against African-American employees. The company is consistently replacing African-American managers with Caucasians. Any reason given for this demotion is pretext. I believe that I am a victim of race discrimination in violation of Title VII. I have hired an attorney, Kathryn Dickey, located at 322 Alabama Street, Montgomery, AL 36104 and her telephone number is 334-262-0728.

RECEIVED 27 E.E.O.C. BIRMINGHAM DISTRICT

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the foregoing is true and correct.

NOTARY - (When necessary for State and Local Requirements)
Darlene Clark

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.

SIGNATURE OF COMPLAINANT

EXHIBIT 3

# CASE LOG
(Continue on Reverse)

| Charge No. | Respondent | Charging Party |
|---|---|---|
| 130-2004-04489 | Title Max | Steve Jerome Nemo |

| Date | Action | Entered By | Reviewed/Approved |
|---|---|---|---|
| 9-27-04 | CHARGE RECEIVED BY DISTRICT OFFICE | | |
| | CHARGE DOCKETED BY DISTRICT OFFICE | | |
| | 131 NOTICE OF CHARGE MAILED TO RESPONDENT | | |
| | Docketed & forwarded to EO as instructed | | |
| | 979-2553 Branch | | |
| | 1-205-928-0327 | | |
| | Michael Knight | | |
| | District Manager | | |
| | 1003 1st Street North | | |
| | Alabaster, AL 35007 | | |
| 10/22/04 | Rtd call to RLR Ronald Flowers who had left vm that R had not been served copy of chg. Per RLR, R rec'd the 131-Notice only. Faxed RLR copy of chg. Ascertained from RLR that no extension needed for submission of P.S. eda | | |
| 2-10-05 | Requested additional info | RJ | |
| 6-30-05 | Conducted PDI and submitted case for review | RJ | |
| 06/30/2005 | To aem concurring w/iws recommendation.eda Letr to ChR. eda | | |

EEOC Form 159 (10/94)