IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| STEVE J. NEMO, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No:2:05CV926-T |
| ) | |
| TITLEMAX, INC., ) | |
| ) | |
| Defendant. ) | |

### DECLARATION OF GILBERT REDD

I, Gilbert Redd, declare and state as follows:

1. I am a competent adult with personal knowledge of the matters set forth herein.

2. I am currently employed by TitleMax of Alabama, Inc. ("TitleMax") as a Store Manager. I have been employed as a Store Manager since March 21, 2006.

3. Prior to becoming a Store Manager, I was employed by TitleMax as an Assistant Manager. I began my employment with TitleMax as an Assistant Manager on April 16, 2005.

4. In or about late 2005, after Steve Nemo had been demoted from Store Manager to Assistant Manager, I had a conversation with Steve Nemo about a particular store that I thought would be a good fit for Steve in the event that he was promoted back to Store Manager.

5. During the conversation mentioned above, Nemo told me that he did not want to be promoted back to Store Manager. He also told me that he wished to do as little as possible while working for TitleMax.



EXHIBIT 4

FURTHER, the Declarant saith not.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 5-23-06

_____
Gilbert Redd