IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| STEVE J. NEMO, ) | |
| ) | |
|    Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 2:05cv926-MHT |
| ) | |
| TITLEMAX, INC., ) | |
| ) | |
|    Defendant. ) | |

## ORDER

It is ORDERED that defendant's motion for summary judgment (Doc. No. 33) is set for submission, without oral argument, on June 13, 2006, with plaintiff's brief and evidentiary materials due by said date.

DONE, this the 24th day of May, 2006.

                         /s/ Myron H. Thompson
                        UNITED STATES DISTRICT JUDGE