IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| STEVE J. NEMO, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CASE NO. 2:05-cv-926-MHT |
| | ) |
| TITLEMAX, INC., | ) |
| | ) |
| Defendant. | ) |

**MOTION FOR EXTENSION OF TIME TO RESPOND TO
DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

COMES now Plaintiff and, pursuant to Rule 56(f), requests an extension of time up to the discovery deadline of August 11, 2006 to respond to Defendant's Motion for Summary Judgment on the following grounds:

1. Plaintiff is due to respond to Defendant's Motion for Summary Judgment on June 13, 2006.

2. Counsel for Plaintiff entered an appearance in this case on February 24, 2006.

3. Plaintiff filed his amended complaint on March 10, 2006. Defendant filed its answer to the amended complaint on April 3, 2006.

4. On May 1-5, 2006, Plaintiff's counsel was out of the office with pneumonia.

5. On May 10, 2006, Plaintiff received Defendant's written responses to his consolidated discovery requests. Plaintiff received the documents responsive to his discovery requests on May 30, 2006.

6. On May 14, 2006, Plaintiff's counsel suffered the loss of her mother-in-

law. Shortly thereafter, on June 1, 2006, Plaintiff's counsel suffered the loss of her grandfather.

7. Depositions have been scheduled for June 13-15, 2006. Plaintiff needs the testimony from these witnesses in order to respond appropriately to Defendant's motion.

8. Counsel for Defendant has no objection to an extension of time up to the discovery deadline of August 11, 2006.

9. An extension of time up to the discovery deadline of August 11, 2006 will not prejudice either party.

WHEREFORE, Plaintiff requests that his motion for an extension of time up to the discovery deadline of August 11, 2006 to respond to Defendant's Motion for Summary Judgment be granted.

Respectfully submitted this the 9th day of June, 2006.

/s/ Maricia Woodham

MARICIA WOODHAM, BEN050
One of the Attorneys for Plaintiff

**OF COUNSEL**:

SABEL & SABEL, P.C.
Hillwood Office Center
2800 Zelda Road; Suite 100-5
Montgomery, AL 36106
Telephone: (334) 271-2770
Facsimile: (334) 277-2882

## CERTIFICATE OF SERVICE

I do hereby certify that on the 9th day of February, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

> James R. Mulroy, II, Esq.
> Kelly S. Gooch, Esq.
> Lewis, Fisher, Henderson & Claxton, LLP
> 6410 Poplar Avenue, Ste. 300
> Memphis, TN 38119

/s/ Maricia Woodham

Maricia Woodham