IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| STEVE J. NEMO, ) | |
| ) | |
|    Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 2:05cv926-MHT |
| ) | |
| TITLEMAX, INC., ) | |
| ) | |
|    Defendant. ) | |

### ORDER

It is ORDERED as follows:

(1) The motion for extension of time (doc. no. 35) is granted.

(2) The motion for summary judgment (Doc. No. 33) is reset for submission, without oral argument, on August 11, 2006, with any opposing brief and evidentiary materials due by said date.

DONE, this the 12th day of June, 2006.

                                                /s/ Myron H. Thompson
                                     UNITED STATES DISTRICT JUDGE