IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION RECEIVED

STEVE J. NEMO                                    )
                                                 )        2006 JUN 19  P 4: 30
         Plaintiff,                              )
                                                 )        _____
v.                                               )
                                                 )  CIVIL ACTION NO:
                                                 )  2:05-CV-00926-MHT
                                                 )
TITLE MAX d/b/a U. S. TITLE PAWN,                )
INC.,                                            )
                                                 )
         Defendant.                              )
                                                 )

## NOTICE CONCERNING SETTLEMENT CONFERENCE AND MEDIATION

COMES NOW Steve J. Nemo (hereinafter "Plaintiff"), by and through the undersigned, and hereby files the following Notice Concerning Settlement Conference and Mediation pursuant to the Courts Scheduling Order:

1.      On June 13, 2006, counsel for the parties conducted a fact-to-face settlement

        conference.

2.      The parties were able to reach a settlement shortly after this settlement

        conference.

3.      Counsel for the parties will file a joint motion to dismiss once the settlement

        agreement is finalized.


Respectfully submitted this the 19th day of June, 2006.



                                        /s/ Maricia Woodham  Maricia Woodham
                                        MARICIA WOODHAM (BEN050)
                                        One of the Attorneys for Plaintiff

1

**OF COUNSEL:**
Sabel & Sabel, P.C.
Hillwood Office Center
2800 Zelda Rd.; Suite 100-5
Montgomery, AL 36106
Telephone: (334) 271-2770
Facsimile: (334) 277-2882

## CERTIFICATE OF SERVICE

I do hereby certify that on the 19th day of ~~March,~~ June 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

James R. Mulroy, II, Esq.
Kelly S. Gooch, Esq.
Lewis, Fisher, Henderson & Claxton, LLP
6410 Poplar Avenue, Ste. 300
Memphis, TN 38119

/s/ Maricia Woodham
Maricia Woodham

2